APPEAL,E–FILE,PSEUDO–GR,TYPE–D

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:25–cv–00766–JEB</u>
### *Internal Use Only*

| | |
|---|---|
| J.G.G. et al v. TRUMP et al | Date Filed: 03/15/2025 |
| Assigned to: Chief Judge James E. Boasberg | Jury Demand: None |
| Related Case:  1:25–cv–01774–JEB | Nature of Suit: 440 Civil Rights: Other |
| Case in other court:  USCA, 25–05068 | Jurisdiction: U.S. Government Defendant |

Case in other court:  USCA, 25–05068

                  USCA, 25–05068

                  USCA, 25–05124

                  USCA, 25–05217

                  USCA, 25–05452

Cause: 28:1331 Federal Question: Other Civil Rights

**<u>Plaintiff</u>**

**J.G.G.**                            represented by  **Aditi Shah**
AMERICAN CIVIL LIBERTIES UNION
OF DC
529 14th Street NW
Ste 722
Washington, DC 20045
202–457–0800
Email: ashah@acludc.org
*ATTORNEY TO BE NOTICED*

**Arthur B. Spitzer**
ACLU OF THE DISTRICT OF
COLUMBIA
529 14th Street, NW
Suite 722
Washington, DC 20045
202–601–4266
Email: aspitzer@acludc.org
*ATTORNEY TO BE NOTICED*

**Ashley Gorski**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
18th Floor
New York, NY 10004
212–284–7305
Email: agorski@aclu.org
*ATTORNEY TO BE NOTICED*

**Audrey Jordan Wiggins**
DEMOCRACY FORWARD

FOUNDATION
P.O. Box 34553
Washington, DC 20043
201–824–1347
Email: awiggins@democracyforward.org
*TERMINATED: 05/23/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bradley Girard**
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
202–812–3840
Email: bgirard@democracyforward.org
*TERMINATED: 11/18/2025*
*ATTORNEY TO BE NOTICED*

**Brian D. Netter**
DEMOCRACY FORWARD
FOUNDATION
PO Box 34553
Washington, DC 20043
202–808–1846
Email: bnetter@democracyforward.org
*TERMINATED: 11/18/2025*
*ATTORNEY TO BE NOTICED*

**Cecillia D. Wang**
ACLU
425 California St
Suite 700
San Francisco, CA 94104
415–343–0775
Email: cwang@aclu.org
*ATTORNEY TO BE NOTICED*

**Christine L. Coogle**
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
202–448–9090
Email: ccoogle@democracyforward.org
*TERMINATED: 11/18/2025*
*ATTORNEY TO BE NOTICED*

**Cody H. Wofsy**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street

Suite 7th Floor
San Francisco, CA 94104
415–343–0785
Email: cwofsy@aclu.org
*ATTORNEY TO BE NOTICED*

**Daniel Antonio Galindo**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
Suite 18th Floor
New York
New York, NY 10004
646–905–8907
Email: dgalindo@aclu.org
*ATTORNEY TO BE NOTICED*

**Evelyn Danforth–Scott**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street
Ste 7th Floor
San Francisco, CA 94104
415–343–0780
Email: edanforth–scott@aclu.org
*ATTORNEY TO BE NOTICED*

**Hina Shamsi**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
18th floor
New York, NY 10004
(212) 284–7321
Fax: (212) 549–2654
Email: hshamsi@aclu.org
*ATTORNEY TO BE NOTICED*

**Kathryn Huddleston**
AMERICAN CIVIL LIBERTIES UNION
915 15th Street, NW
7th Floor
Washington, DC 20005
212–549–2500
Email: khuddleston@aclu.org
*ATTORNEY TO BE NOTICED*

**Michael King Thomas Tan**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street
Ste 7th Floor

San Francisco, CA 94104
808–490–3806
Email: m.tan@aclu.org
*ATTORNEY TO BE NOTICED*

**Michael Lawrence Waldman**
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
202–442–9090
Email: mwaldman@democracyforward.org
*TERMINATED: 05/23/2025*
*ATTORNEY TO BE NOTICED*

**My Khanh Ngo**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street
Ste 7th Floor
San Francisco, CA 94104
718–483–5885
Email: mngo@aclu.org
*ATTORNEY TO BE NOTICED*

**Noelle Smith**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street
Ste 7th Floor
San Francisco, CA 94104
214–663–7451
Email: nsmith@aclu.org
*ATTORNEY TO BE NOTICED*

**Omar C. Jadwat**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
18th Floor
New York, NY 10004
(212) 549–2620
Fax: (212) 549–2654
Email: ojadwat@aclu.org
*ATTORNEY TO BE NOTICED*

**Oscar Sarabia Roman**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street
Ste 7th Floor
San Francisco, CA 94104

916–813–7891
Email: osarabia@aclu.org
*ATTORNEY TO BE NOTICED*

**Patrick Toomey**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
18th Floor
New York, NY 10004
212–519–7816
Email: ptoomey@aclu.org
*ATTORNEY TO BE NOTICED*

**Pooja Boisture**
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
202–448–9090
Email: pboisture@democracyforward.org
*TERMINATED: 05/23/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah M. Rich**
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
202–274–7652
Email: srich@democracyforward.org
*TERMINATED: 05/28/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Michelman**
ACLU FOUNDATION OF THE
DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, DC 20045
202–601–4267
Email: smichelman@acludc.org
*ATTORNEY TO BE NOTICED*

**Sean Ming–Jun Lau**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
18th Floor
New York, NY 10004
212–549–2500

Email: slau@aclu.org
*ATTORNEY TO BE NOTICED*

**Sidra Mahfooz**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
New York, NY 10004
631–741–3383
Email: smahfooz@aclu.org
*ATTORNEY TO BE NOTICED*

**Skye Perryman**
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
254–722–5745
Email: sperryman@democracyforward.org
*TERMINATED: 05/23/2025*
*ATTORNEY TO BE NOTICED*

**Somil Trivedi**
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, DC 20043
202–904–7727
Email: strivedi@democracyforward.org
*TERMINATED: 05/23/2025*
*ATTORNEY TO BE NOTICED*

**Lee Gelernt**
AMERICAN CIVIL LIBERTIES UNION
125 Broad St.
18th Floor
New York, NY 10004
212–549–2616
Fax: 212–549–2654
Email: lgelernt@aclu.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**G.F.F.**                        represented by **Aditi Shah**
                                  (See above for address)
                                  *ATTORNEY TO BE NOTICED*

                                  **Arthur B. Spitzer**
                                  (See above for address)
                                  *ATTORNEY TO BE NOTICED*

                                  **Ashley Gorski**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Audrey Jordan Wiggins**
(See above for address)
*TERMINATED: 05/23/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bradley Girard**
(See above for address)
*TERMINATED: 11/18/2025*
*ATTORNEY TO BE NOTICED*

**Brian D. Netter**
(See above for address)
*TERMINATED: 11/18/2025*
*ATTORNEY TO BE NOTICED*

**Cecillia D. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine L. Coogle**
(See above for address)
*TERMINATED: 11/18/2025*
*ATTORNEY TO BE NOTICED*

**Cody H. Wofsy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Antonio Galindo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evelyn Danforth–Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hina Shamsi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathryn Huddleston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael King Thomas Tan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Lawrence Waldman**
(See above for address)
*TERMINATED: 05/23/2025*
*ATTORNEY TO BE NOTICED*

**My Khanh Ngo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Noelle Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar C. Jadwat**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oscar Sarabia Roman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Toomey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pooja Boisture**
(See above for address)
*TERMINATED: 05/23/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah M. Rich**
(See above for address)
*TERMINATED: 05/28/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Michelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Ming–Jun Lau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidra Mahfooz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Skye Perryman**
(See above for address)
*TERMINATED: 05/23/2025*

*ATTORNEY TO BE NOTICED*

**Somil Trivedi**
(See above for address)
*TERMINATED: 05/23/2025*
*ATTORNEY TO BE NOTICED*

**Lee Gelernt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.G.O.**                                    represented by  **Aditi Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur B. Spitzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Gorski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Audrey Jordan Wiggins**
(See above for address)
*TERMINATED: 05/23/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bradley Girard**
(See above for address)
*TERMINATED: 11/18/2025*
*ATTORNEY TO BE NOTICED*

**Brian D. Netter**
(See above for address)
*TERMINATED: 11/18/2025*
*ATTORNEY TO BE NOTICED*

**Cecillia D. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine L. Coogle**
(See above for address)
*TERMINATED: 11/18/2025*
*ATTORNEY TO BE NOTICED*

**Cody H. Wofsy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Antonio Galindo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evelyn Danforth–Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hina Shamsi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathryn Huddleston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael King Thomas Tan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Lawrence Waldman**
(See above for address)
*TERMINATED: 05/23/2025*
*ATTORNEY TO BE NOTICED*

**My Khanh Ngo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Noelle Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar C. Jadwat**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oscar Sarabia Roman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Toomey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pooja Boisture**
(See above for address)
*TERMINATED: 05/23/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah M. Rich**
(See above for address)
*TERMINATED: 05/28/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Michelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Ming–Jun Lau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidra Mahfooz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Skye Perryman**
(See above for address)
*TERMINATED: 05/23/2025*
*ATTORNEY TO BE NOTICED*

**Somil Trivedi**
(See above for address)
*TERMINATED: 05/23/2025*
*ATTORNEY TO BE NOTICED*

**Lee Gelernt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**W.G.H.**                                    represented by **Aditi Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur B. Spitzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Gorski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Audrey Jordan Wiggins**
(See above for address)
*TERMINATED: 05/23/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bradley Girard**

(See above for address)
*TERMINATED: 11/18/2025*
*ATTORNEY TO BE NOTICED*

**Brian D. Netter**
(See above for address)
*TERMINATED: 11/18/2025*
*ATTORNEY TO BE NOTICED*

**Cecillia D. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine L. Coogle**
(See above for address)
*TERMINATED: 11/18/2025*
*ATTORNEY TO BE NOTICED*

**Cody H. Wofsy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Antonio Galindo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evelyn Danforth–Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hina Shamsi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathryn Huddleston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael King Thomas Tan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Lawrence Waldman**
(See above for address)
*TERMINATED: 05/23/2025*
*ATTORNEY TO BE NOTICED*

**My Khanh Ngo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Noelle Smith**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar C. Jadwat**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oscar Sarabia Roman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Toomey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pooja Boisture**
(See above for address)
*TERMINATED: 05/23/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah M. Rich**
(See above for address)
*TERMINATED: 05/28/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Michelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Ming–Jun Lau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidra Mahfooz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Skye Perryman**
(See above for address)
*TERMINATED: 05/23/2025*
*ATTORNEY TO BE NOTICED*

**Somil Trivedi**
(See above for address)
*TERMINATED: 05/23/2025*
*ATTORNEY TO BE NOTICED*

**Lee Gelernt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J.A.V.**                                represented by  **Aditi Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Arthur B. Spitzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley Gorski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Audrey Jordan Wiggins**
(See above for address)
*TERMINATED: 05/23/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bradley Girard**
(See above for address)
*TERMINATED: 11/18/2025*
*ATTORNEY TO BE NOTICED*

**Brian D. Netter**
(See above for address)
*TERMINATED: 11/18/2025*
*ATTORNEY TO BE NOTICED*

**Cecillia D. Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christine L. Coogle**
(See above for address)
*TERMINATED: 11/18/2025*
*ATTORNEY TO BE NOTICED*

**Cody H. Wofsy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Antonio Galindo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evelyn Danforth–Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hina Shamsi**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathryn Huddleston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael King Thomas Tan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Lawrence Waldman**
(See above for address)
*TERMINATED: 05/23/2025*
*ATTORNEY TO BE NOTICED*

**My Khanh Ngo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Noelle Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Omar C. Jadwat**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Oscar Sarabia Roman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Toomey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Pooja Boisture**
(See above for address)
*TERMINATED: 05/23/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah M. Rich**
(See above for address)
*TERMINATED: 05/28/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott Michelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Ming–Jun Lau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidra Mahfooz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Skye Perryman**
(See above for address)
*TERMINATED: 05/23/2025*
*ATTORNEY TO BE NOTICED*

**Somil Trivedi**
(See above for address)
*TERMINATED: 05/23/2025*
*ATTORNEY TO BE NOTICED*

**Lee Gelernt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.Z.V.V.**                                          represented by   **Aditi Shah**
*as next friend on behalf of J.A.B.V.*                                 (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Kathryn Huddleston**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Michael King Thomas Tan**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Sean Ming–Jun Lau**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Lee Gelernt**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.Y.O.R.**                                          represented by   **Aditi Shah**
*as next friend on behalf of M.A.O.R.*                                 (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Kathryn Huddleston**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Michael King Thomas Tan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Ming–Jun Lau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lee Gelernt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.M.A.A.**                              represented by    **Aditi Shah**
*as next friend on behalf of G.A.A.A.*                      (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Kathryn Huddleston**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michael King Thomas Tan**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Sean Ming–Jun Lau**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Lee Gelernt**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**D.A.R.H.**                              represented by    **Aditi Shah**
*as next friend on behalf of ANDRY JOSE*                    (See above for address)
*HERNANDEZ ROMERO*                                          *ATTORNEY TO BE NOTICED*

                                                            **Kathryn Huddleston**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michael King Thomas Tan**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Sean Ming–Jun Lau**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Lee Gelernt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EYLAN SCHILMAN**
*as next friend on behalf of T.C.I.*

represented by **Aditi Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathryn Huddleston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael King Thomas Tan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Ming–Jun Lau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lee Gelernt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LIYANARA SANCHEZ**
*as next friend on behalf of FRENGEL REYES MOTA*

represented by **Aditi Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathryn Huddleston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael King Thomas Tan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Ming–Jun Lau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lee Gelernt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DORYS MENDOZA**
*as next friend on behalf of M.R.M.*

represented by **Aditi Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathryn Huddleston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael King Thomas Tan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Ming–Jun Lau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lee Gelernt**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DONALD J. TRUMP**
*in his official capacity as President of the United States*

represented by **Abhishek Kambli**
DOJ–USAO
950 Pennsylvania Avenue, NW
Washington, DC 20530–0001
202–445–5496
Email: abhishek.kambli@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**August Edward Flentje**
DOJ–Civ
PO Box 868 Ben Franklin Station
Washington, DC 20044
202–514–3309
Email: august.flentje@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina Greer**
US DEPARTMENT OF JUSTICE, CIVIL DIVISION
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
(202) 598–8770
Email: christina.p.greer@usdoj.gov
*TERMINATED: 03/19/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Drew C Ensign**
U.S. DEPARTMENT OF JUSTICE

950 Pennsylvania Avenue
Washington, DC 20004
202–514–2331
Email: drew.c.ensign@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernesto Horacio Molina , Jr.**
U.S. DEPARTMENT OF JUSTICE
Office of Immigration Litigation,
Appellate Section
PO BOX 878
Ben Franklin Station
Washington, DC 20044
(202) 616–9344
Email: ernesto.h.molina@usdoj.gov
*ATTORNEY TO BE NOTICED*

**John Bailey**
DOJ–Civ
Civil
950 Pennsylvania Ave NW
Ste 3618
Washington, DC 20530
202–514–6993
Email: john.bailey@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Tiberius T Davis**
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue
Suite 400
Washington, DC 20530–0001
202–514–4357
Email: tiberius.davis@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**PAMELA J. BONDI**                    represented by    **Abhishek Kambli**
*Attorney General of the United States, in*                (See above for address)
*her official capacity*                                     *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **August Edward Flentje**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Christina Greer**
                                                            (See above for address)
                                                            *TERMINATED: 03/19/2025*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Drew C Ensign**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernesto Horacio Molina , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiberius T Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**KRISTI L. NOEM**
*Secretary of the U.S. Department of Homeland Security, in her official capacity*

represented by **Abhishek Kambli**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**August Edward Flentje**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina Greer**
(See above for address)
*TERMINATED: 03/19/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Drew C Ensign**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernesto Horacio Molina , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiberius T Davis**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **U.S. DEPARTMENT OF HOMELAND SECURITY** | represented by | **Abhishek Kambli** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**August Edward Flentje**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina Greer**
(See above for address)
*TERMINATED: 03/19/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Drew C Ensign**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernesto Horacio Molina , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiberius T Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **MADISON SHEAHAN** *Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement, in her official capacity* | represented by | **Abhishek Kambli** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**August Edward Flentje**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina Greer**
(See above for address)
*TERMINATED: 03/19/2025*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Drew C Ensign**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernesto Horacio Molina , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiberius T Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. IMMIGRATION AND**              represented by   **Abhishek Kambli**
**CUSTOMS ENFORCEMENT**                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**August Edward Flentje**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christina Greer**
(See above for address)
*TERMINATED: 03/19/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Drew C Ensign**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernesto Horacio Molina , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiberius T Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARCO A. RUBIO**                    represented by   **Abhishek Kambli**
*Secretary of State, in his official capacity*         (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **August Edward Flentje**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Christina Greer**
                                                       (See above for address)
                                                       *TERMINATED: 03/19/2025*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Drew C Ensign**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Ernesto Horacio Molina , Jr.**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **John Bailey**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Tiberius T Davis**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. STATE DEPARTMENT**              represented by   **Abhishek Kambli**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **August Edward Flentje**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Christina Greer**
                                                       (See above for address)
                                                       *TERMINATED: 03/19/2025*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Drew C Ensign**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ernesto Horacio Molina , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Bailey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tiberius T Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **PETER B. HEGSETH**<br>*Secretary of Defense, in his official*<br>*capacity* | represented by | **John Bailey**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Tiberius T Davis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **U.S. DEPARTMENT OF DEFENSE** | represented by | **Drew C Ensign**<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division<br>950 Pennsylvania Avenue<br>Washington, DC 20004<br>202–514–2331<br>Email: drew.c.ensign@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Bailey**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Tiberius T Davis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **BRANDON GILL**<br>*The Honorable* | represented by | **Andrew Block**<br>AMERICA FIRST LEGAL<br>FOUNDATION<br>611 Pennsylvania Avenue SE<br>#231 |

Washington, DC 20003
202–836–7958
Email: andrew.block@aflegal.org
*TERMINATED: 01/04/2026*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Giannetti**
AMERICA FIRST LEGAL
611 Pennsylvania Avenue SE
Ste 231
Washington, DC 20003
651–402–3821
Email: ryan.giannetti@aflegal.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Movant</u>

**JANICE WOLK GRENADIER**              represented by  **JANICE WOLK GRENADIER**
*TERMINATED: 03/27/2025*                              15 West Spring Street
                                                     Alexandria, VA 22301
                                                     (202) 268–7178
                                                     PRO SE

<u>Movant</u>

**JOHN W. KEKER**                      represented by  **Steven A. Hirsch**
                                                     COMPLEX APPELLATE LITIGATION
                                                     GROUP LLP
                                                     96 Jessie Street
                                                     San Francisco, CA 94105
                                                     415–649–6700
                                                     Email: steve.hirsch@calg.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

<u>Movant</u>

**ROBERT A. VAN NEST**                 represented by  **Steven A. Hirsch**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

<u>Movant</u>

**ELLIOT R. PETERS**                   represented by  **Steven A. Hirsch**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

<u>Movant</u>

**LAURIE CARR MIMS**                   represented by  **Steven A. Hirsch**
                                                     (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Movant</u>

**COOLIDGE REAGAN**
**FOUNDATION**

represented by **Dan Backer**
CHALMERS, ADAMS, BACKER &
KAUFMAN LLC
10521 Judicial Drive
Suite 200–A
Fairfax, VA 22030
202–210–5431
Fax: 202–478–0750
Email: dbacker@ChalmersAdams.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Movant</u>

**JOSHUA HALL**
*TERMINATED: 06/04/2025*

represented by **JOSHUA HALL**
#104525
DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111–1299
PRO SE

<u>Movant</u>

**PAUL M. DORSEY**
*TERMINATED: 07/07/2025*

represented by **PAUL M. DORSEY**
110 Westminster Drive
West Hartford, CT 06107
(860) 521–0081
PRO SE

<u>Movant</u>

**GLORIA BROWNING**
*TERMINATED: 07/17/2025*

represented by **GLORIA BROWNING**
Brooklyn, NY
PRO SE

<u>Movant</u>

**BOREALIS S. HEDLING**
*TERMINATED: 01/16/2026*

represented by **BOREALIS S. HEDLING**
Travelodge Plus Dublin City Centre
44 Townsend Street
Room 120
Dublin 2
Ireland
+1–959–999–8957
PRO SE

<u>Amicus</u>

**MARK J. ROZELL**

represented by **Kelly Brian McClanahan**
NATIONAL SECURITY COUNSELORS

1451 Rockville Pike
Suite 250
Rockville, MD 20852
501–301–4672
Fax: 240–681–2189
Email: kel@nationalsecuritylaw.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**HEIDI KITROSSER**                represented by   **Kelly Brian McClanahan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**MITCHEL A. SOLLENBERGER**        represented by   **Kelly Brian McClanahan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**MEGHAN KELLY**                   represented by   **MEGHAN KELLY**
*TERMINATED: 01/16/2026*                            34012 Shawnee Drive
34012 Shawnee Drive
Dagsboro, DE 19939
302–278–2975
Email: meghankellyesq@yahoo.com
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 03/15/2025 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405 receipt number ADCDC–11544662) filed by J.G.O., G.F.F., J.G.G., W.G.H., J.A.V.. (Attachments: # 1 Civil Cover Sheet, # 2 Summons Donald J. Trump, # 3 Summons Pamela Bondi, # 4 Summons Kristi Noem, # 5 Summons DHS, # 6 Summons Madison Sheahan, # 7 Summons ICE, # 8 Summons Marco Rubio, # 9 Summons DOS, # 10 Summons USAO)(Gelernt, Lee) (Entered: 03/15/2025) |
| 03/15/2025 | 2 | SEALED MOTION to Proceed Under Pseudonym filed by J.G.G., G.F.F., J.G.O., W.G.H., J.A.V. (Attachments: # 1 Declaration of J.G.G., # 2 Declaration of W.G.H., # 3 Declaration of Molly Lauterback, # 4 Declaration of J.A.V., # 5 Declaration of Grace Carney, # 6 Text of Proposed Order)(Gelernt, Lee) (Entered: 03/15/2025) |
| 03/15/2025 | 3 | MOTION for Temporary Restraining Order by J.G.G., G.F.F., J.G.O., W.G.H., J.A.V.. (Attachments: # 1 Certificate of Counsel, # 2 Memorandum in Support, # 3 Declaration of J.G.G., # 4 Declaration of Grace Carney, # 5 Declaration of J.G.O., # 6 Declaration of W.G.H., # 7 Declaration of Molly Laterback, # 8 Declaration of J.A.V., # 9 Text of Proposed Order)(Gelernt, Lee) (Entered: 03/15/2025) |
| 03/15/2025 | 4 | |

| | | |
|---|---|---|
| | | MOTION to Certify Class by J.G.G., G.F.F., J.G.O., W.G.H., J.A.V.. (Attachments: # 1 Declaration of Daniel Galindo, # 2 Text of Proposed Order)(Gelernt, Lee) (Entered: 03/15/2025) |
| 03/15/2025 | 5 | NOTICE of Appearance by Daniel Antonio Galindo on behalf of All Plaintiffs (Galindo, Daniel) (Entered: 03/15/2025) |
| 03/15/2025 | | MINUTE ORDER granting 2 SEALED MOTION to Proceed Under Pseudonym. The Court has reviewed Plaintiffs' 2 Motion to Proceed Pseudonymously. Given the expedited nature of this matter, it determines that a full Opinion is not practical at this time. Believing that Plaintiffs have made the required showing on the relevant factors, the Court ORDERS that: 1) Their 2 Motion is GRANTED; and 2) They shall be permitted to proceed pseudonymously unless and until the assigned judge determines otherwise. Signed by Chief Judge James E. Boasberg on 3/15/2025. (zjd) Modified on 3/15/2025 (zjd). (Entered: 03/15/2025) |
| 03/15/2025 | | Case Assigned to Chief Judge James E. Boasberg. (zjd) (Entered: 03/15/2025) |
| 03/15/2025 | 6 | SUMMONS (9) Issued Electronically as to All Defendants, U.S. Attorney, and U.S. Attorney General. (Attachments: # 1 Notice and Consent) (zjd) (Entered: 03/15/2025) |
| 03/15/2025 | 7 | NOTICE of Appearance by Bradley Girard on behalf of All Plaintiffs (Girard, Bradley) (Entered: 03/15/2025) |
| 03/15/2025 | | MINUTE ORDER: The Court has reviewed Plaintiffs' Complaint and Motion for Temporary Restraining Order. Given the exigent circumstances that it has been made aware of this morning, it has determined that an immediate Order is warranted to maintain the status quo until a hearing can be set. As Plaintiffs have satisfied the four factors governing the issuance of preliminary relief, the Court accordingly ORDERS that: 1) Plaintiffs' 3 Motion for TRO is GRANTED; 2) Defendants shall not remove any of the individual Plaintiffs from the United States for 14 days absent further Order of the Court; and 3) The parties shall appear for a Zoom hearing on March 17, 2025, at 4:00 p.m. The hearing will proceed by videoconference for the parties and by telephone for members of the public. Toll free number: 833–990–9400. Meeting ID: 049550816. So ORDERED by Chief Judge James E. Boasberg on 3/15/2025. (lcjeb1) Modified to add public access line on 3/15/2025 (znbn). (Entered: 03/15/2025) |
| 03/15/2025 | 8 | NOTICE of Appearance by Skye Perryman on behalf of All Plaintiffs (Perryman, Skye) (Entered: 03/15/2025) |
| 03/15/2025 | 9 | NOTICE of Appearance by Somil Trivedi on behalf of All Plaintiffs (Trivedi, Somil) (Entered: 03/15/2025) |
| 03/15/2025 | | MINUTE ORDER: The Court ORDERS that the parties shall appear for Zoom hearing on Plaintiffs' 4 Motion for Class Certification on March 15, 2025, at 5:00 p.m. The hearing will proceed by videoconference for the parties and by telephone for members of the public. Toll free number: 833–990–9400. Meeting ID: 049550816. So ORDERED by Chief Judge James E. Boasberg on 3/15/2025. (lcjeb1) (Entered: 03/15/2025) |
| 03/15/2025 | 10 | NOTICE of Appearance by Scott Michelman on behalf of All Plaintiffs (Michelman, Scott) (Entered: 03/15/2025) |
| 03/15/2025 | | Set/Reset Hearings: Hearing set for 3/17/2025 at 04:00 PM via Zoom (Audio Line Available) before Chief Judge James E. Boasberg. (znbn) Modified to correct hearing location on 3/15/2025 (znbn). (Entered: 03/15/2025) |

| 03/15/2025 | 11 | NOTICE of Appearance by Christina Greer on behalf of All Defendants (Greer, Christina) (Entered: 03/15/2025) |
|---|---|---|
| 03/15/2025 | 12 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to Order on Motion for TRO,,, by MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. STATE DEPARTMENT, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY. Fee Status: No Fee Paid. Parties have been notified. (Greer, Christina) (Entered: 03/15/2025) |
| 03/15/2025 | 13 | NOTICE of Appearance by Arthur B. Spitzer on behalf of All Plaintiffs (Spitzer, Arthur) (Entered: 03/15/2025) |
| 03/15/2025 | 14 | Transmission of the Notice of Appeal, Minute Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 12 Notice of Appeal to DC Circuit Court. (zjd) (Entered: 03/15/2025) |
| 03/15/2025 | 15 | ENTERED IN ERROR.....NOTICE of Appearance by Christina Greer on behalf of All Defendants (Greer, Christina) Modified on 3/17/2025; refiled as docket entry 16 (znmw). (Entered: 03/15/2025) |
| 03/15/2025 | 16 | NOTICE of Appearance by Drew C Ensign on behalf of All Defendants (Ensign, Drew) (Entered: 03/15/2025) |
| 03/15/2025 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Motion Hearing held via Zoom (with public access line) on 3/15/2025 re 4 MOTION to Certify Class filed by J.G.O., W.G.H., J.G.G., G.F.F., J.A.V.. Oral arguments heard. Order forthcoming. (Court Reporter Tammy Nestor) (znbn) (Entered: 03/15/2025) |
| 03/15/2025 | | MINUTE ORDER: As discussed in today's hearing, the Court ORDERS that: 1) Plaintiffs' 4 Motion for Class Certification is GRANTED insofar as a class consisting of "All noncitizens in U.S. custody who are subject to the March 15, 2025, Presidential Proclamation entitled 'Invocation of the Alien Enemies Act Regarding the Invasion of The United States by Tren De Aragua' and its implementation" is provisionally certified; 2) The Government is ENJOINED from removing members of such class (not otherwise subject to removal) pursuant to the Proclamation for 14 days or until further Order of the Court; 3) The Government shall file any Motion to Vacate this TRO by March 17, 2025, with Plaintiffs' Opposition due by March 19, 2025; and 4) The hearing set for March 17, 2025, is VACATED and RESET for March 21, 2025, at 2:30 p.m. via Zoom. So ORDERED by Chief Judge James E. Boasberg on 3/15/2025. (lcjeb1) (Entered: 03/15/2025) |
| 03/15/2025 | 17 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to Order on Motion to Certify Class,,,, Set/Reset Deadlines,,, by MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. STATE DEPARTMENT, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY. Fee Status: No Fee Paid. Parties have been notified. (Greer, Christina) (Entered: 03/15/2025) |
| 03/15/2025 | 18 | Transmission of the Notice of Appeal, Minute Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 17 Notice of Appeal to DC Circuit Court. (zjd) (Entered: 03/15/2025) |

| 03/15/2025 | | USCA Case Number 25−5067 for <u>12</u> Notice of Appeal to DC Circuit Court, filed by DONALD J. TRUMP, MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, U.S. STATE DEPARTMENT, PAMELA BONDI. (zjm) Modified on 3/17/2025 to correct case number (zjm). (Entered: 03/17/2025) |
|---|---|---|
| 03/15/2025 | | USCA Case Number 25−5068 for <u>17</u> Notice of Appeal to DC Circuit Court, filed by DONALD J. TRUMP, MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, U.S. STATE DEPARTMENT, PAMELA BONDI. (zjm) (Entered: 03/17/2025) |
| 03/16/2025 | <u>19</u> | NOTICE by MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. STATE DEPARTMENT, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY (Ensign, Drew) (Entered: 03/16/2025) |
| 03/16/2025 | <u>20</u> | TRANSCRIPT OF PROCEEDINGS before Chief Judge James E. Boasberg held on 3/15/25; Page Numbers: 1−47. Court Reporter/Transcriber Tammy Nestor, tammy_nestor@dcd.uscourts.gov, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/6/2025. Redacted Transcript Deadline set for 4/16/2025. Release of Transcript Restriction set for 6/14/2025.(Nestor, Tammy) (Entered: 03/16/2025) |
| 03/17/2025 | <u>21</u> | RESPONSE re <u>19</u> Notice (Other) filed by J.G.G., G.F.F., J.G.O., W.G.H., J.A.V.. (Gelernt, Lee) (Entered: 03/17/2025) |
| 03/17/2025 | | MINUTE ORDER: The Court ORDERS that the parties shall appear in person (or by Zoom if necessary) for a hearing at 4:00 p.m. today regarding the <u>19</u> Notice and <u>21</u> Response. The Government shall be prepared to provide answers to the questions raised by Plaintiffs on page 6 of their Response. So ORDERED by Chief Judge James E. Boasberg on 3/17/2025. (lcjeb1) (Entered: 03/17/2025) |
| 03/17/2025 | | MINUTE ORDER: The Court ORDERS that, in order to accommodate the parties' schedules, the hearing set for today at 4:00 p.m. is VACATED and RESET for 5:00 p.m. The hearing will proceed in−person for the parties and by telephone for members of the public. Toll free number: 833−990−9400. Meeting ID: 049550816. Any use of the public−access telephone line requires adherence to the general prohibition against photographing, recording, livestreaming, and rebroadcasting of court proceedings |

| | | |
|---|---|---|
| | | (including those held by telephone or videoconference), as set out in Standing Order No. 24–31 (JEB). Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or other sanctions deemed necessary by the Court. So ORDERED by Chief Judge James E. Boasberg on 3/17/2025. (lcjeb1) (Entered: 03/17/2025) |
| 03/17/2025 | 22 | NOTICE of Appearance by August Edward Flentje on behalf of All Defendants (Flentje, August) (Entered: 03/17/2025) |
| 03/17/2025 | | Set/Reset Hearings: Miscellaneous Hearing set for 3/17/2025 at 05:00 PM in Courtroom 22A– In Person (Audio Line Available) before Chief Judge James E. Boasberg. Motion Hearing set for 3/21/2025 at 02:30 PM via Zoom (Audio Line Available) before Chief Judge James E. Boasberg. (znbn) (Entered: 03/17/2025) |
| 03/17/2025 | 23 | NOTICE of Appearance by Abhishek Kambli on behalf of All Defendants (Kambli, Abhishek) (Entered: 03/17/2025) |
| 03/17/2025 | 24 | MOTION to Vacate *Response and Motion to Vacate Hearing* re 19 Notice (Other), Order,,,, Set Hearings,,, Set/Reset Hearings, 21 Response to Document by MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. STATE DEPARTMENT, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY. (Ensign, Drew) Modified event on 3/17/2025 (znmw). (Entered: 03/17/2025) |
| 03/17/2025 | | MINUTE ORDER: The Court ORDERS that Defendants' 24 Motion to Vacate is DENIED. The hearing will proceed as scheduled. So ORDERED by Chief Judge James E. Boasberg on 3/17/2025. (lcjeb1) (Entered: 03/17/2025) |
| 03/17/2025 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Hearing held on 3/17/2025. Oral arguments heard. Order forthcoming. (Court Reporter Tammy Nestor) (znbn) (Entered: 03/17/2025) |
| 03/17/2025 | | MINUTE ORDER: As discussed in today's hearing, the Court ORDERS that by 12:00 p.m. on March 18, 2025, the Government shall file a Notice, which may, if necessary, be sealed in part, setting forth: 1) A sworn declaration that no one on any flight departing the United States after 7:25 p.m. on March 15, 2025, was removed solely on the basis of the Proclamation at issue; 2) A sworn declaration setting forth when the Proclamation at issue was signed, when it was made public, and when it went into effect; 3) The Government's best estimate of the number of individuals subject to the Proclamation currently remaining in the United States and how many are currently in U.S. custody; and 4) The Government's position on whether, and in what form, it will provide answers to the Court's questions regarding the particulars of the flights. Such form could include *in camera* review or in a classified setting. If the Government takes the position that it will not provide that information to the Court under any circumstances, it must support such position, including with classified authorities if necessary. So ORDERED by Chief Judge James E. Boasberg on 3/17/2025. (lcjeb1) (Entered: 03/17/2025) |
| 03/17/2025 | 25 | TRANSCRIPT OF PROCEEDINGS before Chief Judge James E. Boasberg held on 3/17/25; Page Numbers: 1–31. Court Reporter/Transcriber Tammy Nestor, tammy_nestor@dcd.uscourts.gov, Transcripts may be ordered by submitting the Transcript Order Form |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/7/2025. Redacted Transcript Deadline set for 4/17/2025. Release of Transcript Restriction set for 6/15/2025.(Nestor, Tammy) (Entered: 03/17/2025) |
| 03/17/2025 | 26 | MOTION to Vacate re 3/15/2025 Minute Orders on Temporary Restraining Order and Certification of Class by MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. STATE DEPARTMENT, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY. (Attachments: # 1 Declaration Declaration of Robert L. Cerna, # 2 Declaration Declaration of Michael G. Kozak)(Flentje, August) Modified event and docket text on 3/18/2025 (znmw). (Entered: 03/17/2025) |
| 03/18/2025 | 27 | NOTICE of Appearance by Hina Shamsi on behalf of All Plaintiffs (Shamsi, Hina) (Entered: 03/18/2025) |
| 03/18/2025 | 28 | NOTICE *in Response to March 17 Minute Order* by MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. STATE DEPARTMENT, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY (Attachments: # 1 Affidavit Cerna Declaration)(Ensign, Drew) (Entered: 03/18/2025) |
| 03/18/2025 | | MINUTE ORDER: The Court ORDERS that the Zoom hearing set for March 21, 2025, at 2:30 p.m. shall now take place in Courtroom 22A. Members of the public may attend in person or by telephone. Toll free number: 833−990−9400. Meeting ID: 049550816. Any use of the public−access telephone line requires adherence to the general prohibition against photographing, recording, livestreaming, and rebroadcasting of court proceedings (including those held by telephone or videoconference), as set out in Standing Order No. 24−31 (JEB). Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or other sanctions deemed necessary by the Court. So ORDERED by Chief Judge James E. Boasberg on 3/18/2025. (lcjeb1) (Entered: 03/18/2025) |
| 03/18/2025 | 29 | NOTICE of Appearance− Pro Bono by Noelle Smith on behalf of All Plaintiffs (Smith, Noelle) (Entered: 03/18/2025) |
| 03/18/2025 | 30 | NOTICE of Appearance− Pro Bono by Omar C. Jadwat on behalf of All Plaintiffs (Jadwat, Omar) (Entered: 03/18/2025) |
| 03/18/2025 | | MINUTE ORDER: In response to Defendants' 28 Notice at page 2, the Court ORDERS that by 12:00 p.m. on March 19, 2025, Defendants shall file *ex parte* and under seal (or submit to the Court) a declaration providing the following details |

| | | |
|---|---|---|
| | | regarding each of the two flights leaving U.S. airspace before 7:25 p.m. on March 15, 2025: 1) What time did the plane take off from U.S. soil and from where? 2) What time did it leave U.S. airspace? 3) What time did it land in which foreign country (including if it made more than one stop)? 4) What time were individuals subject solely to the Proclamation transferred out of U.S. custody? and 5) How many people were aboard solely on the basis of the Proclamation? So ORDERED by Chief Judge James E. Boasberg on 3/18/2025. (lcjeb1) (Entered: 03/18/2025) |
| 03/18/2025 | 31 | NOTICE of Appearance– Pro Bono by Sidra Mahfooz on behalf of All Plaintiffs (Mahfooz, Sidra) (Entered: 03/18/2025) |
| 03/18/2025 | 32 | NOTICE of Appearance– Pro Bono by Oscar Sarabia Roman on behalf of All Plaintiffs (Sarabia Roman, Oscar) (Entered: 03/18/2025) |
| 03/18/2025 | 33 | NOTICE of Appearance– Pro Bono by Ashley Gorski on behalf of All Plaintiffs (Gorski, Ashley) (Entered: 03/18/2025) |
| 03/18/2025 | 34 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Sarah M. Rich, Filing fee $ 100, receipt number ADCDC–11550426. Fee Status: Fee Paid. by J.G.G., G.F.F., J.G.O., W.G.H., J.A.V.. (Attachments: # 1 Declaration, # 2 Certificate of Good Standing)(Girard, Bradley) (Entered: 03/18/2025) |
| 03/18/2025 | 35 | NOTICE of Appearance– Pro Bono by Patrick Toomey on behalf of All Plaintiffs (Toomey, Patrick) (Entered: 03/18/2025) |
| 03/18/2025 | | MINUTE ORDER: The Court ORDERS that the 34 Motion for Leave to Appear Pro Hac Vice of Sarah Marion Rich is GRANTED. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. So ORDERED by Chief Judge James E. Boasberg on 3/18/2025. (lcjeb1) (Entered: 03/18/2025) |
| 03/18/2025 | 36 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Audrey Wiggins, Filing fee $ 100, receipt number ADCDC–11551084. Fee Status: Fee Paid. by J.G.G., G.F.F., J.G.O., W.G.H., J.A.V.. (Attachments: # 1 Declaration, # 2 Certificate of Good Standing)(Girard, Bradley) (Entered: 03/18/2025) |
| 03/18/2025 | | MINUTE ORDER: The Court ORDERS that the 36 Motion for Leave to Appear Pro Hac Vice of Audrey J. Wiggins is GRANTED. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. So ORDERED by Chief Judge James E. Boasberg on 3/18/2025. (lcjeb1) (Entered: 03/18/2025) |
| 03/19/2025 | 37 | Emergency MOTION to Stay re Order,,,, Set Deadlines,,, by MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. STATE DEPARTMENT, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY. (Ensign, Drew) (Entered: 03/19/2025) |
| 03/19/2025 | 38 | ORDER: The Court ORDERS that: 1) Defendants' 37 Motion is GRANTED IN PART and DENIED IN PART; and 2) Defendants shall have until March 20, 2025, at 12:00 p.m. to provide the information discussed in the Minute Order of March 18, 2025, or to invoke the state–secrets doctrine and explain the basis for such invocation. Signed by Chief Judge James E. Boasberg on March 19, 2025. (lcjeb3) (Entered: 03/19/2025) |
| 03/19/2025 | 39 | |

| | | NOTICE of Appearance by Sarah Rich on behalf of J.G.G., G.F.F., J.G.O., W.G.H., J.A.V. (Rich, Sarah) (Entered: 03/19/2025) |
|---|---|---|
| 03/19/2025 | 40 | NOTICE of Appearance by Audrey Jordan Wiggins on behalf of J.G.G., G.F.F., J.G.O., W.G.H., J.A.V. (Wiggins, Audrey) (Entered: 03/19/2025) |
| 03/19/2025 | 41 | NOTICE of Appearance by Cody H. Wofsy on behalf of All Plaintiffs (Wofsy, Cody) (Entered: 03/19/2025) |
| 03/19/2025 | 42 | NOTICE OF WITHDRAWAL OF APPEARANCE as to MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. STATE DEPARTMENT, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY. Attorney Christina Greer terminated. (Greer, Christina) (Entered: 03/19/2025) |
| 03/19/2025 | 43 | NOTICE of Appearance– Pro Bono by My Khanh Ngo on behalf of All Plaintiffs (Ngo, My Khanh) (Entered: 03/19/2025) |
| 03/19/2025 | 44 | RESPONSE re 26 MOTION to Vacate *TRO* filed by J.G.G., G.F.F., J.G.O., W.G.H., J.A.V.. (Attachments: # 1 Index of Exhibits, # 2 Declaration of Deborah Fleishaker, # 3 Declaration of Juanita Goebertus, # 4 Declaration of Sarah Bishop, # 5 Declaration of Linette Tobin, # 6 Declaration of Austin Thierry, # 7 Declaration of Osvaldo E. Caro–Cruz, # 8 Declaration of Katherine Kim, # 9 Declaration of Karyn Ann Shealy, # 10 Declaration of Stephanie Quintero, # 11 Declaration of Grace Carney, # 12 Declaration of Melissa Smyth, # 13 Declaration of Solanyer Michell Sarabia Gonzalez, # 14 Declaration of Jennifer Venghaus, # 15 Declaration of Oscar Sarabia Roman)(Gelernt, Lee) (Entered: 03/19/2025) |
| 03/20/2025 | 45 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Christine L. Coogle, Filing fee $ 100, receipt number ADCDC–11556213. Fee Status: Fee Paid. by J.G.G., G.F.F., J.G.O., W.G.H., J.A.V.. (Attachments: # 1 Declaration, # 2 Certificate of Good Standing)(Girard, Bradley) (Entered: 03/20/2025) |
| 03/20/2025 | 46 | NOTICE of Appearance by Michael Lawrence Waldman on behalf of J.G.G., G.F.F., J.G.O., W.G.H., J.A.V. (Waldman, Michael) (Entered: 03/20/2025) |
| 03/20/2025 | 47 | ORDER: The Court ORDERS that: 1) By March 21, 2025, at 10:00 a.m., Defendants shall submit a sworn declaration by a person with direct involvement in the Cabinet–level discussions regarding invocation of the state–secrets privilege; 2) By March 25, 2025, Defendants shall submit a declaration indicating whether or not the Government is invoking the privilege; 3) By March 25, 2025, Defendants shall file a brief showing cause why they did not violate the Court's Temporary Restraining Orders by failing to return class members removed from the United States on the two earliest planes that departed on March 15, 2025; and 4) Plaintiffs may file any response to such brief by March 31, 2025. Signed by Chief Judge James E. Boasberg on 3/20/2025. (lcjeb1) (Entered: 03/20/2025) |
| 03/20/2025 | 48 | MOTION for Leave to File *Amicus Curiae Brief* by BRANDON GILL. (Attachments: # 1 Exhibit Proposed Brief, # 2 Text of Proposed Order)(Block, Andrew) (Entered: 03/20/2025) |
| 03/20/2025 | 49 | NOTICE by MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. STATE DEPARTMENT, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY (Attachments: # 1 Declaration Declaration of Robert L. |

| | | |
|---|---|---|
| | | Cerna)(Flentje, August) (Entered: 03/20/2025) |
| 03/20/2025 | | MINUTE ORDER: The Court ORDERS that the 45 Motion for Leave to Appear Pro Hac Vice of Christine L. Coogle is GRANTED. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)**. Click for instructions. Signed by Chief Judge James E. Boasberg on 3/20/2025. (lcjeb1) (Entered: 03/20/2025) |
| 03/21/2025 | 50 | RESPONSE TO ORDER OF THE COURT re 47 Order by MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. STATE DEPARTMENT, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY (Attachments: # 1 Declaration)(Flentje, August) Modified event title on 3/21/2025 (znmw). (Entered: 03/21/2025) |
| 03/21/2025 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Motion Hearing held on 3/21/2025. Oral arguments heard. Order forthcoming. (Court Reporter Sonja Reeves) (znbn) (Entered: 03/21/2025) |
| 03/21/2025 | | MINUTE ORDER: The Court ORDERS that Amicus's 48 Motion for Leave to File is DENIED as untimely. Filing the night before the hearing does not permit the Court sufficient time to consider the arguments asserted. So ORDERED by Chief Judge James E. Boasberg on 3/21/2025. (lcjeb1) (Entered: 03/21/2025) |
| 03/21/2025 | 51 | TRANSCRIPT OF MOTION HEARING before Chief Judge James E. Boasberg held on March 21, 2025; Page Numbers: 1–65. Date of Issuance:March 21, 2025. Court Reporter/Transcriber Sonja L. Reeves, RDR, CRR, Sonja_Reeves@dcd.uscourts.gov, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/11/2025. Redacted Transcript Deadline set for 4/21/2025. Release of Transcript Restriction set for 6/19/2025.(Reeves, Sonja) (Entered: 03/21/2025) |
| 03/24/2025 | 52 | ORDER: For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that: 1) Defendants' 26 Motion to Vacate is DENIED; and 2) If Plaintiffs wish to convert the Temporary Restraining Order into a preliminary injunction, they shall so inform the Court by March 26, 2025. Signed by Chief Judge James E. Boasberg on 3/24/2025. (lcjeb1) (Entered: 03/24/2025) |
| 03/24/2025 | 53 | MEMORANDUM OPINION re 52 Order on Motion to Vacate. Signed by Chief Judge James E. Boasberg on 3/24/2025. (lcjeb1) (Entered: 03/24/2025) |
| 03/24/2025 | 54 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Christine L. Coogle on behalf of J.G.G., G.F.F., J.G.O., W.G.H., J.A.V. (Coogle, Christine) (Entered: 03/24/2025) |
| 03/24/2025 | 55 | NOTICE *in Response to March 19 Minute Order* by J.G.G., G.F.F., J.G.O., W.G.H., J.A.V. re 47 Order,,,, Set Deadlines,,, (Attachments: # 1 Exhibit A: Declaration of S.Z.F.R., # 2 Exhibit B: Declaration of E.E.P.B.)(Gelernt, Lee) (Entered: 03/24/2025) |
| 03/24/2025 | 56 | NOTICE *Invoking State Secrets Privilege* by MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. STATE DEPARTMENT, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY re 47 Order,,,, Set Deadlines,,, (Attachments: # 1 Affidavit Attorney General Bondi Declaration, # 2 Affidavit Secretary Rubio Declaration, # 3 Affidavit Secretary Noem Declaration)(Ensign, Drew) (Entered: 03/24/2025) |
| 03/25/2025 | | MINUTE ORDER: Given the Government's 56 Notice Invoking State Secrets Privilege, the Court ORDERS that if Plaintiffs wish to respond, they shall file any Response by March 31, 2025. So ORDERED by Chief Judge James E. Boasberg on 3/25/2025. (lcjeb1) (Entered: 03/25/2025) |
| 03/25/2025 | 57 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Pooja A. Boisture, Filing fee $ 100, receipt number ADCDC–11566919. Fee Status: Fee Paid. by J.G.G., G.F.F., J.G.O., W.G.H., J.A.V.. (Attachments: # 1 Declaration, # 2 Certificate of Good Standing)(Girard, Bradley) (Entered: 03/25/2025) |
| 03/25/2025 | 58 | RESPONSE TO ORDER TO SHOW CAUSE re 47 Order by MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. STATE DEPARTMENT, DONALD J. TRUMP, PAMELA BONDI, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY. (Ensign, Drew) Modified event title on 3/26/2025 (znmw). (Entered: 03/25/2025) |
| 03/25/2025 | 59 | LEAVE TO FILE DENIED– Janice Wolk Grenadier – Motion. This document is unavailable as the Court denied its filing. Pro Se party has been notified by first class mail. "Leave to file DENIED." Signed by Chief Judge James E. Boasberg on 3/25/2025. (zjm) (Entered: 03/26/2025) |
| 03/25/2025 | 63 | MOTION to Intervene by JANICE WOLK GRENADIER. "Leave to file GRANTED." signed by Chief Judge James E. Boasberg on 3/25/2025 (Attachment: # 1 Exhibits)(zjm) Modified on 3/27/2025 to correct docket text (zjm). (Entered: 03/27/2025) |
| 03/26/2025 | | MINUTE ORDER: The Court ORDERS that the 57 Motion for Leave to Appear Pro Hac Vice of Pooja Ashok Boisture is GRANTED. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)**. Click for instructions. Signed by Chief Judge James E. Boasberg on 3/26/2025. (lcjeb1) (Entered: 03/26/2025) |
| 03/26/2025 | 60 | Unopposed MOTION for Leave to File Amicus Brief by MARK J. ROZELL, HEIDI KITROSSER, MITCHEL A. SOLLENBERGER. (Attachments: # 1 Text of Proposed Order)(McClanahan, Kelly) (Entered: 03/26/2025) |
| 03/26/2025 | | MINUTE ORDER: The Court ORDERS that: 1) The consent 60 Motion for Leave to File Amicus Brief is GRANTED; and 2) Movants shall file any such brief by April 1, 2025. So ORDERED by Chief Judge James E. Boasberg on 3/26/2025. (lcjeb1) (Entered: 03/26/2025) |

| 03/26/2025 | 61 | NOTICE re 52 Order *Regarding Plaintiffs' Motion for a Preliminary Injunction* by J.G.G., G.F.F., J.G.O., W.G.H., J.A.V. (Gelernt, Lee) Modified to add link on 3/27/2025 (znmw). (Entered: 03/26/2025) |
|---|---|---|
| 03/26/2025 | | MINUTE ORDER: Given Plaintiffs' 61 Notice, the Court ORDERS that: 1) Plaintiffs shall file a Motion to Extend the TRO by 5:00 p.m. on March 27, 2025, and Defendants shall file any Opposition by 12:00 p.m. on March 28, 2025; 2) Plaintiffs shall file their PI Motion by March 28, 2025; Defendants' Opposition shall be due by April 1, 2025; and Plaintiffs' Reply shall be due by April 4, 2025; and 3) The parties shall appear for a hearing on the Motion on April 8, 2025, at 3:00 p.m. So ORDERED by Chief Judge James E. Boasberg on 3/26/2025. (lcjeb1) (Entered: 03/26/2025) |
| 03/27/2025 | 62 | NOTICE of Appearance by Pooja Boisture on behalf of J.G.G., G.F.F., J.G.O., W.G.H., J.A.V. (Boisture, Pooja) (Entered: 03/27/2025) |
| 03/27/2025 | 64 | MOTION for Temporary Restraining Order , *Motion to Extend Temporary Restraining Order* by J.G.G., G.F.F., J.G.O., W.G.H., J.A.V.. (Attachments: # 1 Text of Proposed Order)(Gelernt, Lee) (Entered: 03/27/2025) |
| 03/27/2025 | | MINUTE ORDER: The Court ORDERS that the 63 Motion to Intervene is DENIED. So ORDERED by Chief Judge James E. Boasberg on 3/27/2025. (lcjeb1) (Entered: 03/27/2025) |
| 03/28/2025 | 65 | RESPONSE re 64 MOTION for Temporary Restraining Order , *Motion to Extend Temporary Restraining Order* filed by MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. STATE DEPARTMENT, DONALD J. TRUMP, PAMELA BONDI, U.S. DEPARTMENT OF HOMELAND SECURITY. (Ensign, Drew) (Entered: 03/28/2025) |
| 03/28/2025 | 66 | ORDER: The Court ORDERS that the TROs entered on March 15, 2025, are extended and shall remain in effect until April 12, 2025, or until further order of the Court. Signed by Chief Judge James E. Boasberg on 3/28/2025. (lcjeb1) (Entered: 03/28/2025) |
| 03/28/2025 | 67 | MOTION for Preliminary Injunction by J.G.G., G.F.F., J.G.O., W.G.H., J.A.V.. (Attachments: # 1 Memorandum in Support, # 2 Index of Exhibits, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Text of Proposed Order)(Gelernt, Lee) (Entered: 03/29/2025) |
| 03/31/2025 | | MINUTE ORDER: The Court ORDERS that the parties shall appear on April 3, 2025, at 3:00 p.m. for a hearing on the Court's 47 Order to Defendants to show cause why they did not violate the Court's Temporary Restraining Orders. Members of the public may attend in person or by telephone. Toll free number: 833–990–9400. Meeting ID: 049550816. Any use of the public–access telephone line requires adherence to the general prohibition against photographing, recording, livestreaming, and rebroadcasting of court proceedings (including those held by telephone or videoconference), as set out in Standing Order No. 24–31 (JEB). Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or other sanctions deemed necessary by the Court. So ORDERED by Chief Judge James E. Boasberg on March 31, 2025. (lcjeb2) (Entered: 03/31/2025) |

| 03/31/2025 | 68 | NOTICE of Appearance by Cecilia D. Wang on behalf of All Plaintiffs (Wang, Cecillia) (Entered: 03/31/2025) |
|---|---|---|
| 03/31/2025 | 69 | RESPONSE re 56 Notice (Other), *Re: Invocation of State Secrets Privilege* filed by J.G.G., G.F.F., J.G.O., W.G.H., J.A.V.. (Gelernt, Lee) (Entered: 03/31/2025) |
| 03/31/2025 | 70 | REPLY re 58 Memorandum, *Re: Order to Show Cause* filed by J.G.G., G.F.F., J.G.O., W.G.H., J.A.V.. (Gelernt, Lee) (Entered: 03/31/2025) |
| 03/31/2025 | 74 | LEAVE TO FILE DENIED– DANA ALBRECHT – Motion. This document is unavailable as the Court denied its filing. Pro Se party has been notified by first class mail. "Leave to file DENIED. Improper to file such motion in this case." Signed by Chief Judge James E. Boasberg on 3/31/25. (zjm) (Entered: 04/02/2025) |
| 04/01/2025 | 71 | NOTICE of Appearance– Pro Bono by Evelyn Danforth–Scott on behalf of All Plaintiffs (Danforth–Scott, Evelyn) (Entered: 04/01/2025) |
| 04/01/2025 | 72 | Memorandum in opposition to re 67 Motion for Preliminary Injunction, filed by MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO A. RUBIO, U.S. STATE DEPARTMENT, DONALD J. TRUMP, PAMELA J. BONDI, KRISTI NOEM, U.S. DEPARTMENT OF HOMELAND SECURITY. (Attachments: # 1 Declaration Declaration of Selwyn Smith, # 2 Declaration Declaration of Marcos Charles)(Flentje, August) (Entered: 04/01/2025) |
| 04/01/2025 | 75 | LEAVE TO FILE DENIED– DANA ALBRECHT – Motion for CM/ECF.. This document is unavailable as the Court denied its filing. Pro Se party has been notified by first class mail. "Leave to fine DENIED." Signed by Chief Judge James E. Boasberg on 4/1/2025. (zjm) (Entered: 04/03/2025) |
| 04/02/2025 | 73 | AMICUS BRIEF re 56 Notice (Other), *(Amici Curiae)* filed by MARK J. ROZELL, HEIDI KITROSSER, MITCHEL A. SOLLENBERGER. (McClanahan, Kelly) Modified event title on 4/2/2025 (znmw). (Entered: 04/02/2025) |
| 04/03/2025 |  | Minute Entry for Show Cause Hearing held before Chief Judge James E. Boasberg on 4/3/2025. Matter taken under advisement; forthcoming Order. (Court Reporter: Tammy Nestor) (lsj) (Entered: 04/03/2025) |
| 04/04/2025 | 76 | TRANSCRIPT OF PROCEEDINGS before Chief Judge James E. Boasberg held on 4/3/25; Page Numbers: 1–31. Court Reporter/Transcriber Tammy Nestor, tammy_nestor@dcd.uscourts.gov, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 4/25/2025. Redacted Transcript Deadline set for 5/5/2025. Release of Transcript Restriction set for 7/3/2025.(Nestor, Tammy) (Entered: 04/04/2025) |
| 04/04/2025 | 77 | REPLY to opposition to motion re 67 Motion for Preliminary Injunction, filed by G.F.F., J.A.V., J.G.G., J.G.O., W.G.H.. (Gelernt, Lee) (Entered: 04/04/2025) |
| 04/07/2025 | | MINUTE ORDER: The Court ORDERS that the hearing set for April 8, 2025, at 3:00 p.m. shall take place in Courtroom 22A. Members of the public may attend in person or by telephone. Toll free number: 833–990–9400. Meeting ID: 049550816. Any use of the public–access telephone line requires adherence to the general prohibition against photographing, recording, livestreaming, and rebroadcasting of court proceedings (including those held by telephone or videoconference), as set out in Standing Order No. 24–31 (JEB). Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or other sanctions deemed necessary by the Court. So ORDERED by Chief Judge James E. Boasberg on 4/7/2025. (lcjeb3) (Entered: 04/07/2025) |
| 04/07/2025 | 78 | NOTICE *Regarding Supreme Court Decision* by PAMELA J. BONDI, KRISTI NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT (Attachments: # 1 Exhibit JGG Supreme Court Decision)(Ensign, Drew) (Entered: 04/07/2025) |
| 04/08/2025 | | MINUTE ORDER: In yesterday's ruling vacating this Court's TROs, the Supreme Court held that Plaintiffs cannot be deported under the Alien Enemies Act without an opportunity to challenge their removal in federal court. It also determined that the appropriate venue for such proceedings is the Southern District of Texas or wherever Plaintiffs are currently held. This Court accordingly ORDERS that: 1) Today's preliminary–injunction hearing is VACATED; and 2) Plaintiffs shall file a Notice by April 16, 2025, indicating whether they believe that they still have a basis to proceed on their Motion for Preliminary Injunction in this Court and, if so, proposing a briefing schedule. So ORDERED by Chief Judge James E. Boasberg on 4/8/2025. (lcjeb1) (Entered: 04/08/2025) |
| 04/11/2025 | 79 | REQUEST FOR LEAVE TO FILE REVIEW. The attached document requires leave to file: LAMAR C. CHAPMAN, III – MOTION. Reason(s): Filer is not a party to the case. (Attachments: # 1 Motion, # 2 Motion) (zjm) (Entered: 04/11/2025) |
| 04/14/2025 | 82 | REQUEST FOR LEAVE TO FILE REVIEW. The attached document requires leave to file: MIKE YELLEN's Motion. Reason(s): Filer is not a party to the case. (znmw) (Entered: 04/16/2025) |
| 04/15/2025 | | MINUTE ORDER re 79 Request for Leave to File Review. Leave to file is denied. So ORDERED by Chief Judge James E. Boasberg on 4/15/2025. (lcjeb1) Modified filed date on 4/16/2025 (znmw). (Entered: 04/15/2025) |
| 04/16/2025 | 80 | ORDER: Given the finding of probable cause for contempt set forth in the accompanying Memorandum Opinion, the Court ORDERS that: (1) If Defendants opt to purge their contempt, they shall file by April 23, 2025, a declaration explaining the steps they have taken and will take to do so; and (2) If Defendants opt not to purge their contempt, they shall instead file by April 23, 2025, declaration(s) identifying the individual(s) who, with knowledge of the Court's classwide Temporary Restraining Order, made the decision not to halt the transfer of class members out of U.S. custody |

| | | |
|---|---|---|
| | | on March 15 and 16, 2025. Signed by Chief Judge James E. Boasberg on April 16, 2025. (lcjeb2) (Entered: 04/16/2025) |
| 04/16/2025 | 81 | MEMORANDUM OPINION re: 80 Probable Cause Order. Signed by Chief Judge James E. Boasberg on April 16, 2025. (lcjeb2) (Entered: 04/16/2025) |
| 04/16/2025 | 83 | NOTICE of Appearance by Ernesto Horacio Molina, Jr on behalf of All Defendants (Molina, Ernesto) (Entered: 04/16/2025) |
| 04/16/2025 | 84 | NOTICE OF APPEAL TO DC CIRCUIT COURT by U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, PAMELA J. BONDI, U.S. STATE DEPARTMENT, DONALD J. TRUMP, U.S. DEPARTMENT OF HOMELAND SECURITY, MARCO A. RUBIO, KRISTI NOEM, MADISON SHEAHAN. Fee Status: No Fee Paid. Parties have been notified. (Molina, Ernesto) (Entered: 04/16/2025) |
| 04/16/2025 | 85 | MOTION for Temporary Restraining Order *and Notice in Response to the Court's April 8, 2025 Order* by G.F.F., J.A.V., J.G.G., J.G.O., W.G.H.. (Attachments: # 1 Text of Proposed Order)(Gelernt, Lee) (Entered: 04/16/2025) |
| 04/16/2025 | | MINUTE ORDER: The Court ORDERS that the 82 Request for Leave to File is DENIED. So ORDERED by Chief Judge James E. Boasberg on 4/16/2025. (lcjeb1) (Entered: 04/16/2025) |
| 04/16/2025 | 86 | RESPONSE TO ORDER OF THE COURT re 4/8/2025 Minute Order filed by G.F.F., J.A.V., J.G.G., J.G.O., W.G.H.. (See Docket Entry 85 to view document). (znmw) (Entered: 04/17/2025) |
| 04/17/2025 | 87 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 84 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 04/17/2025) |
| 04/17/2025 | | MINUTE ORDER: The Court ORDERS that: 1) The Government shall file any Opposition to Plaintiffs' 85 Motion for TRO by April 19, 2025, at 9:00 a.m.; Plaintiffs shall file any Reply by April 21, 2025, at 9:00 a.m.; and the parties shall appear for a hearing on April 21, 2025, at 5:00 p.m.; and 2) Plaintiffs shall amend their Complaint and file any new motion for preliminary relief by April 24, 2025; Defendants shall file their Opposition by May 1, 2025; Plaintiffs shall file their Reply by May 5, 2025; and the parties shall appear for a hearing on the motion on May 7, 2025, at 5:00 p.m. Signed by Chief Judge James E. Boasberg on 4/17/2025. (lcjeb1) (Entered: 04/17/2025) |
| 04/17/2025 | | Set/Reset Hearings: Motion Hearing set for 4/21/2025 at 05:00 PM in Courtroom 22A– In Person before Chief Judge James E. Boasberg. Motion Hearing set for 5/7/2025 at 05:00 PM in Courtroom 22A– In Person before Chief Judge James E. Boasberg. (znbn) (Entered: 04/17/2025) |
| 04/17/2025 | | USCA Case Number 25–5124 for 84 Notice of Appeal to DC Circuit Court, filed by DONALD J. TRUMP, MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. DEPARTMENT OF HOMELAND SECURITY, MARCO A. RUBIO, KRISTI NOEM, PAMELA J. BONDI, U.S. STATE DEPARTMENT. (zdp) (Entered: 04/17/2025) |
| 04/17/2025 | 96 | REQUEST FOR LEAVE TO FILE REVIEW. The attached documents require leave to file: MEGHAN KELLY – Motion to File Amicus Brief, Motion to Proceed In Forma Pauperis, Motion for Exception to Pro Hac Vice Rules. Reason(s): Filer is not |

| | | |
|---|---|---|
| | | a party to the case. (Attachments: # 1 Amicus Motion – Exhibit A, # 2 Amicus Motion – Exhibit B, # 3 Amicus Motion – Exhibit C, # 4 Amicus Motion – Propose Order, # 5 Motion to Proceed IFP, # 6 IFP Motion – Exhibit 1, # 7 IFP Motion – Exhibit 2, # 8 IFP Motion – Proposed Order, # 9 Motion for Exception to PHV, # 10 PHV Motion – Appendix A, # 11 PHV Motion – Appendix B, # 12 PHV Motion – Appendix C, # 13 PHV Motion – Appendix D, # 14 PHV Motion – Appendix E, # 15 PHV Motion – Appendix F, # 16 PHV Motion – Appendix J–K, # 17 PHV Motion – Appendix L, # 18 PHV Motion – Proposed Order, # 19 Certificate of Service) (znmw) (Entered: 04/22/2025) |
| 04/18/2025 | 88 | Emergency MOTION to Stay re 81 Memorandum & Opinion, 80 Order,,, Set Deadlines,, *Pending Appeal* by PAMELA J. BONDI, KRISTI NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT. (Attachments: # 1 Exhibit)(Molina, Ernesto) (Entered: 04/18/2025) |
| 04/18/2025 | 89 | ERRATA by PAMELA J. BONDI, KRISTI NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT re 88 Motion to Stay,. (Attachments: # 1 Corrected Emergency Motion For A Stay Pending Appeal)(Molina, Ernesto) (Entered: 04/18/2025) |
| 04/18/2025 | 90 | Emergency MOTION to Expedite *TRO in Light of AEA Removals* by G.F.F., J.A.V., J.G.G., J.G.O., W.G.H.. (Attachments: # 1 Declaration – Brown, # 2 Declaration – Brane)(Gelernt, Lee) (Entered: 04/18/2025) |
| 04/18/2025 | 91 | ORDER: The Court ORDERS that Defendants' 88 Emergency Motion to Stay is DENIED. Signed by Chief Judge James E. Boasberg on April 18, 2025. (lcjeb2) (Entered: 04/18/2025) |
| 04/18/2025 | | MINUTE ORDER: Having reviewed Plaintiffs' 85 Motion for Temporary Restraining Order and 90 Emergency Motion to Expedite, the Court ORDERS that the parties shall appear for a Zoom hearing on April 18, 2025, at 6:15 p.m. The hearing will proceed by videoconference for the parties and by telephone for members of the public. Toll free number: 833–990–9400. Meeting ID: 049550816. So ORDERED by Chief Judge James E. Boasberg on April 18, 2025. (lcjeb2) (Entered: 04/18/2025) |
| 04/18/2025 | 92 | NOTICE by G.F.F., J.A.V., J.G.G., J.G.O., W.G.H. re 90 Motion to Expedite (Attachments: # 1 Exhibit)(Gelernt, Lee) (Entered: 04/18/2025) |
| 04/18/2025 | | MINUTE ORDER: For the reasons discussed in today's hearing, the Court ORDERS that: 1) Plaintiff's 90 Emergency Motion to Expedite the Temporary Restraining Order is DENIED; and 2) The briefing schedule for the TRO and the hearing set for Monday, April 21, 2025, at 5 p.m. are VACATED. So ORDERED by Chief Judge James E. Boasberg on 4/18/2025. (lcjeb4) (Entered: 04/18/2025) |
| 04/18/2025 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Motion Hearing held on 4/18/2025 re 90 Emergency MOTION to Expedite *TRO in Light of AEA Removals* filed by J.G.O., W.G.H., J.G.G., G.F.F., J.A.V.. Oral argument heard. (Court Reporter Tammy Nestor) (znbn) (Entered: 04/18/2025) |
| 04/18/2025 | 93 | TRANSCRIPT OF PROCEEDINGS before Chief Judge James E. Boasberg held on 4/18/25; Page Numbers: 1–34. Court Reporter/Transcriber Tammy Nestor, Telephone |

| | | |
|---|---|---|
| | | number tammy_nestor@dcd.uscourts.gov, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/9/2025. Redacted Transcript Deadline set for 5/19/2025. Release of Transcript Restriction set for 7/17/2025.(Nestor, Tammy) (Entered: 04/18/2025) |
| 04/18/2025 | 94 | Unopposed MOTION for Leave to File Amicus Brief*of John W. Keker, Robert A. Van Nest, Elliot R. Peters and Laurie Carr Mims* by JOHN W KEKER, ROBERT A. VAN NEST, ELLIOT R. PETERS, LAURIE CARR MIMS. (Attachments: # <u>1</u> Exhibit Proposed Amici Curiae Brief, # <u>2</u> Text of Proposed Order)(Hirsch, Steven) (Entered: 04/18/2025) |
| 04/19/2025 | | MINUTE ORDER: The Court ORDERS that the Unopposed 94 Motion for Leave to File Amicus Brief is GRANTED. So ORDERED by Chief Judge James E. Boasberg on 4/19/2025. (lcjeb1) (Entered: 04/19/2025) |
| 04/19/2025 | 95 | MOTION for Leave to File Amicus Brief by COOLIDGE REAGAN FOUNDATION. (Attachments: # <u>1</u> Brief of Putative Amicus Curiae, # <u>2</u> Text of Proposed Order)(Backer, Dan) (Entered: 04/19/2025) |
| 04/21/2025 | | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 95 MOTION for Leave to File Amicus Brief by COOLIDGE REAGAN FOUNDATION. (Attachments: # 1 Brief of Putative Amicus Curiae, # 2 Text of Proposed Order)(Backer, Dan).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney−renewal.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 4/28/2025. (zapb) 4/21/2025 (zapb). (Entered: 04/21/2025) |
| 04/21/2025 | 97 | REQUEST FOR LEAVE TO FILE REVIEW. The attached document requires leave to file: MEGHAN KELLY − Motion to Serve by Email and E−File. Reason(s): Filer is not a party to the case. (Attachments: # <u>1</u> E−File − Exhibit 1, # <u>2</u> E−File − Exhibit 2, # <u>3</u> E− File − Proposed Order, # <u>4</u> Certificate of Service) (znmw) (Entered: |

| | | |
|---|---|---|
| | | 04/22/2025) |
| 04/22/2025 | 98 | REQUEST FOR LEAVE TO FILE REVIEW. The attached document requires leave to file: MEGHAN KELLY – Proposed Amicus Brief. Reason(s): Filer is not a party to the case. (Attachments: # 1 Amicus Brief – Exhibits, # 2 Certificate of Service) (znmw) (Entered: 04/22/2025) |
| 04/22/2025 | | MINUTE ORDER: The Court ORDERS that the 95 Motion for Leave to File Amicus Brief is GRANTED. So ORDERED by Chief Judge James E. Boasberg on 4/22/2025. (lcjeb1) (Entered: 04/22/2025) |
| 04/22/2025 | | MINUTE ORDER re 97 Request for Leave to File Review. The Court ORDERS that leave to file is granted. So ORDERED by Chief Judge James E. Boasberg on 4/22/2025. (lcjeb1) (Entered: 04/22/2025) |
| 04/22/2025 | 104 | MOTION for CM/ECF Password by MEGHAN KELLY. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(zjm) (Entered: 04/25/2025) |
| 04/23/2025 | 105 | REQUEST FOR LEAVE TO FILE REVIEW. The attached document requires leave to file: MEGHAN KELLY – Corrected Proposed Amicus Brief. Reason(s): Filer is not a party to the case. (Attachments: # 1 Corrected Amicus Brief, # 2 Exhibit 1–12, # 3 Exhibit 13, # 4 Exhibit 14, # 5 Exhibit 15, # 6 Certificate of Service) (zjm) (Entered: 04/28/2025) |
| 04/24/2025 | 99 | NOTICE of Appearance by Brian D. Netter on behalf of G.F.F., J.A.V., J.G.G., J.G.O., W.G.H. (Netter, Brian) (Entered: 04/24/2025) |
| 04/24/2025 | 100 | REDACTED DOCUMENT– Redacted Public Version of ECF No. 2 *Unsealed Motion to Proceed Under Pseudonyms* by G.F.F., J.A.V., J.G.G., J.G.O., W.G.H.. (Galindo, Daniel) (Entered: 04/24/2025) |
| 04/24/2025 | 101 | AMENDED COMPLAINT against All Defendants filed by G.F.F., J.G.G., J.G.O., W.G.H., J.A.V., M.Z.V.V., M.Y.O.R., M.M.A.A., D.A.R.H., EYLAN SCHILMAN, LIYANARA SANCHEZ, DORYS MENDOZA.(Gelernt, Lee) (Entered: 04/24/2025) |
| 04/25/2025 | 102 | MOTION for Preliminary Injunction by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. (Attachments: # 1 Memorandum in Support, # 2 Exhibit Declaration of Rebecca Hanson, # 3 Exhibit Declaration of Andres Antillano, # 4 Exhibit Declaration of Steven Dudley, # 5 Exhibit Declaration of Sarah Bishop, # 6 Exhibit Declaration of Juanita Goebertus, # 7 Exhibit Declaration of Liyanara Sanchez, # 8 Exhibit Declaration of DARH, # 9 Exhibit Declaration of MZVV, # 10 Exhibit Declaration of MYOR, # 11 Exhibit Declaration of MMAA, # 12 Exhibit Declaration of Dorys Mendoza, # 13 Exhibit Declaration of Elyan Schulman, # 14 Exhibit Declaration of Oscar Sarabia Roman, # 15 Text of Proposed Order)(Gelernt, Lee) (Entered: 04/25/2025) |
| 04/25/2025 | 103 | MOTION to Certify Class by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Text of Proposed Order)(Gelernt, Lee) (Entered: 04/25/2025) |
| 04/29/2025 | 106 | REQUEST FOR SUMMONS TO ISSUE filed by LIYANARA SANCHEZ, M.Z.V.V., G.F.F., J.G.G., M.Y.O.R., EYLAN SCHILMAN, M.M.A.A., J.G.O., DORYS MENDOZA, D.A.R.H., W.G.H., J.A.V.. (Attachments: # 1 Summons)(Gelernt, Lee) (Entered: 04/29/2025) |

| 04/30/2025 | 107 | SUMMONS (2) Issued Electronically as to PETE HEGSETH, U.S. DEPARTMENT OF DEFENSE. (znmw) (Entered: 04/30/2025) |
|---|---|---|
| 05/01/2025 | 108 | Memorandum in opposition to re 102 MOTION for Preliminary Injunction filed by DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT. (Attachments: # 1 Exhibit A: Landau Declaration, # 2 Exhibit B:, # 3 Text of Proposed Order)(Ensign, Drew) (Entered: 05/01/2025) |
| 05/02/2025 | 109 | NOTICE of Appearance by Tiberius T Davis on behalf of All Defendants (Davis, Tiberius) (Entered: 05/02/2025) |
| 05/05/2025 | 110 | NOTICE of Appearance by Aditi Shah on behalf of All Plaintiffs (Shah, Aditi) (Main Document 110 replaced on 5/6/2025) (znmw). (Entered: 05/05/2025) |
| 05/05/2025 | 111 | REPLY to opposition to motion re 102 Motion for Preliminary Injunction,,, filed by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. (Gelernt, Lee) (Entered: 05/05/2025) |
| 05/06/2025 | | MINUTE ORDER: The Court ORDERS that Proposed Amicus's 104 Motion, which it construes as a Motion for CM/ECF Password, is GRANTED, provided that she comply with any requirements imposed by the Clerk's Office. So ORDERED by Chief Judge James E. Boasberg on 5/6/2025. (lcjeb1) (Entered: 05/06/2025) |
| 05/06/2025 | | MINUTE ORDER: The Court ORDERS that Proposed Amicus's [98, 105] Requests for Leave to File are DENIED. She must file a motion for leave to file an amicus brief before simply filing one. So ORDERED by Chief Judge James E. Boasberg on 5/6/2025. (lcjeb1) (Entered: 05/06/2025) |
| 05/06/2025 | 112 | NOTICE OF SUPPLEMENTAL AUTHORITY by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H. (Attachments: # 1 Supplement Memorandum Opinion from G.F.F. v. Trump, # 2 Supplement Memorandum Opinion from D.B.U. v. Trump)(Gelernt, Lee) (Entered: 05/06/2025) |
| 05/06/2025 | 113 | MOTION for Order to Proceed under Pseudonyms – Supplemental Motion for Leave to Proceed Under Pseudonyms by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. (Attachments: # 1 Text of Proposed Order)(Gelernt, Lee) Modified on 5/8/2025 to correct event (zjm). (Entered: 05/06/2025) |
| 05/07/2025 | | MINUTE ORDER: The Court ORDERS that the hearing set for today at 5:00 p.m. shall take place in Courtroom 22A. Members of the public may attend in person or by telephone. Toll free number: 833–990–9400. Meeting ID: 049550816. Any use of the public–access telephone line requires adherence to the general prohibition against photographing, recording, livestreaming, and rebroadcasting of court proceedings (including those held by telephone or videoconference), as set out in Standing Order No. 24–31 (JEB). Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or other sanctions deemed necessary by the Court. So ORDERED by Chief Judge James E. Boasberg on 5/7/2025. (lcjeb1) (Entered: 05/07/2025) |

| 05/07/2025 | 114 | Memorandum in opposition to re 103 MOTION to Certify Class filed by PAMELA J. BONDI, PETE HEGSETH, KRISTI NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT. (Davis, Tiberius) (Entered: 05/07/2025) |
|---|---|---|
| 05/07/2025 | 115 | NOTICE of Proposed Order re 114 Memorandum in opposition to re 103 MOTION to Certify Class *(Proposed Order)* filed by PAMELA J. BONDI, PETE HEGSETH, KRISTI NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT. (Davis, Tiberius) Modified event title on 5/9/2025 (znmw). (Entered: 05/07/2025) |
| 05/07/2025 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Motion Hearing held on 5/7/2025 re 85 MOTION for Temporary Restraining Order *and Notice in Response to the Court's April 8, 2025 Order* filed by J.G.O., W.G.H., J.G.G., G.F.F., J.A.V.. Oral argument heard, order forthcoming. (Court Reporter Janice Dickman) (znbn) (Entered: 05/07/2025) |
| 05/08/2025 | 116 | ORDER: As explained at the conclusion of yesterday's hearing, the Court ORDERS that: 1) By May 9, 2025, Respondents shall submit any declarations they wish to provide regarding whether the United States has constructive custody over the proposed CECOT class; 2) By May 12, 2025, Petitioners shall submit to the Court a notice regarding whether they wish to seek jurisdictional discovery, and, if so, the specific discovery they propose to propound; and 3) By May 14, 2025, Respondents shall submit any response to Petitioners' discovery proposal. Signed by Chief Judge James E. Boasberg on 5/8/2025. (lcjeb4) (Entered: 05/08/2025) |
| 05/08/2025 | 117 | ORDER: The Court ORDERS that: 1) Petitioners' 113 Motion for Leave to File Under Pseudonym is GRANTED; 2) All parties shall use the pseudonyms listed in the Amended Complaint in all documents filed in this action; and 3) Within fourteen days of this Order, Petitioners and their next friends must file a sealed declaration containing their real names and residential addresses. Signed by Chief Judge James E. Boasberg on 5/8/2025. (lcjeb1) (Entered: 05/08/2025) |
| 05/09/2025 | 118 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by PAMELA J. BONDI, PETE HEGSETH, KRISTI NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Sealed Declaration, # 2 Exhibit Sealed Redacted Declaration, # 3 Exhibit Sealed Document 1, # 4 Exhibit Sealed Document 2, # 5 Exhibit Sealed Document 3, # 6 Exhibit Sealed Document 4, # 7 Text of Proposed Order Sealed Proposed Order)(Davis, Tiberius) (Entered: 05/09/2025) |
| 05/10/2025 | 119 | CERTIFICATE OF SERVICE re 118 by PAMELA J. BONDI, PETE HEGSETH, KRISTI NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT *of Sealed Filing*. (Davis, Tiberius) Modified to add link on 5/12/2025 (znmw). (Entered: 05/10/2025) |

| 05/10/2025 | 120 | NOTICE *(Filing Statement)* by PAMELA J. BONDI, PETE HEGSETH, KRISTI NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT re 116 Order,,, Set Deadlines,, (Davis, Tiberius) (Entered: 05/10/2025) |
|---|---|---|
| 05/11/2025 | 121 | MOTION for Leave to File Excess Pages by MEGHAN KELLY. (Attachments: # 1 proposed order for leave to exceed page limits in Meghan Kelly's amicus brief)(KELLY, MEGHAN) (Entered: 05/11/2025) |
| 05/11/2025 | 122 | MOTION for Leave to File Amicus Brief by MEGHAN KELLY. (Attachments: # 1 4 exhibit A Affidavit Texas venue prejudicial against Plaintiffs to Motion to file Amicus Brief, # 2 5 Exhibit B Meg proposed 5 art of impeachment including protecting kids and folks at the border sent to all 541 congress people to Motion to File Amicus, # 3 6 Exhibit C Texas Governor Abbott's Border_Statement to Motion to file Amicus, # 4 7 Exhibit D Ice court case detained college kid in one state moved her in night across state lines Appellate Court said unlawful government change venue to manipulate forums to motion to file amicus, # 5 8 Exhibit E Leaked Memo to search without a warrant to Motion to file amicus, # 6 Certificate of Service to Motion to exceed page limits, Motion for Leave to file amicus and exhibits thereto, and proffered Amicus Brief and Exhibits thereto)(KELLY, MEGHAN) (Entered: 05/11/2025) |
| 05/11/2025 | 123 | SUPPLEMENT (Proposed Amicus Brief) re 122 MOTION for Leave to File Amicus Brief by MEGHAN KELLY. (Attachments: # 1 Exhibits 1–12 to proposed amicus brief above, # 2 Exhibit 13 USSC order Texas evaded by declaring insurrection Jan 24 2024 to proposed amicus brief, # 3 Exhibit 14 annexing Canada, Greenland, Panama Canal to proposed amicus brief above, # 4 Exhibit 15 Trump's potentially conflicting corporate interests to proposed amicus brief above, # 5 Proposed order on Meghan Kelly's Motion for Leave to file amicus brief)(KELLY, MEGHAN) Modified event title on 5/12/2025 (znmw). (Entered: 05/11/2025) |
| 05/12/2025 | | MINUTE ORDER: The Court ORDERS that Defendants' 118 Motion for Leave to File Document Under Seal is GRANTED. In the event that the Court, after review, believes that a redacted version of the filing should be placed on the public record, it will so order. So ORDERED by Chief Judge James E. Boasberg on 5/12/2025. (lcjeb1) (Entered: 05/12/2025) |
| 05/12/2025 | | MINUTE ORDER: The Court ORDERS that the 121 Motion for Leave to File Excess Pages is DENIED. So ORDERED by Chief Judge James E. Boasberg on 5/12/2025. (lcjeb1) (Entered: 05/12/2025) |
| 05/12/2025 | 124 | TRANSCRIPT OF PROCEEDINGS before Chief Judge James E. Boasberg held on May 7, 2025; Page Numbers: 1–42. Date of Issuance: May 12, 2025. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/2/2025. Redacted Transcript Deadline set for 6/12/2025. Release of Transcript Restriction set for 8/10/2025.(Dickman, Janice) (Entered: 05/12/2025) |
| 05/12/2025 | 125 | NOTICE *Regarding Jurisdictional Discovery* by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H. (Attachments: # 1 Exhibit A Proposed Discovery Requests)(Gelernt, Lee) (Entered: 05/12/2025) |
| 05/13/2025 | | MINUTE ORDER: The Court ORDERS that Amicus's 122 Motion for Leave is DENIED WITHOUT PREJUDICE. She must attach her proposed brief to any motion for leave to file. So ORDERED by Chief Judge James E. Boasberg on 5/13/2025. (lcjeb1) (Entered: 05/13/2025) |
| 05/14/2025 | 126 | RESPONSE re 125 Notice (Other), *in Opposition to Petitioners–Plaintiffs' Request for Further Discovery,* filed by PAMELA J. BONDI, PETE HEGSETH, KRISTI NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT. (Davis, Tiberius) (Entered: 05/14/2025) |
| 05/14/2025 | 127 | REPLY to opposition to motion re 103 Motion to Certify Class, filed by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. (Gelernt, Lee) (Entered: 05/14/2025) |
| 05/15/2025 | 131 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Motion to Intervene. Joshua Hall & Eric Heilner. Reason(s): Filer is not a party to the case. (zjm) (Entered: 05/21/2025) |
| 05/16/2025 | 128 | ORDER: The Court ORDERS that: 1) By May 19, 2025, Petitioners shall serve the requests listed in this Order upon Respondents in the finalized form contemplated by the Federal Rules of Civil Procedure; 2) By May 23, 2025, Respondents shall provide responses to the requests listed in this Order, assert any applicable privileges, and explain why such privilege applies; and 3) By May 26, 2025, Petitioners shall file any response to Respondents' submissions. Signed by Chief Judge James E. Boasberg on 5/16/2025. (lcjeb1) (Entered: 05/16/2025) |
| 05/16/2025 | | MINUTE ORDER: Per the Court's Minute Order of May 12, 2025, granting Defendants' 118 Motion for Leave to File Under Seal, and because they have now informed the Court that they do not oppose filing the redacted exhibit comprising ECF No. 118–2 on the public docket, the Court ORDERS that they shall do so by May 19, 2025. So ORDERED by Chief Judge James E. Boasberg on May 16, 2025. (lcjeb2) (Entered: 05/16/2025) |
| 05/16/2025 | 129 | REDACTED DOCUMENT– Declaration to Order, *filed in response to minute order of May 16, 2025,* by PAMELA J. BONDI, PETE HEGSETH, KRISTI NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. |

| | | |
|---|---|---|
| | | DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT. (Davis, Tiberius) (Entered: 05/16/2025) |
| 05/21/2025 | 130 | MOTION for Leave to File Amicus Brief by MEGHAN KELLY. (Attachments: # 1 declaration to Motion for leave to file an amicus brief by Meghan Kelly, # 2 Exhibit 1 Redacted admission Fraud in AEA by Defendants, # 3 Exhibit 2 proof of secretly concealing evidence in my favor to affect outcome of case on appeal Kelly v Trump Due Process violations and in future planned discipline to discredit me in cover ups and demean relig belief in Jesus, # 4 Exhibits 3 & 4 kelly v trump docs secretly sealed to hide evidence in my favor, # 5 Exhibit 5 and 6 exemption form bar dues in DE, # 6 Exhibit 7 Lexis published Motion to Reign in arms from gov force to compel Meghan forgo or interfere case kelly v trump, # 7 Exhibit 8 Danger against Meg and solicitor generalfuneral US Supreme Court accepted only one full copy the original and the original and 10 copies of the IFP with the required exhibit and 10 copies of Pet for rehearing without exhibits, # 8 9 Yahoo Mail – Number 23–7360_ Fw_ Thank you Lisa Nesbitt Kelly v Swartz_Meg asserts right to live_religious objections to healthcare, science and mental healthcare by..., # 9 Exhibit 10 Exhibit 43 to Appendix F kelly v trump, # 10 Exhibit 11 USSC fired court staff Lisa nesbitt same as state court to cover up mistakes that may be cured not concealed Meg wants to protect and correct not destroy, # 11 Exhibit 12 Proposed amicus brief by Meghan Kelly, # 12 Declaration proposed Amicus Brief, # 13 Certificate of Service og Meghan Kelly's May 21 Motion for leave to file amicus)(KELLY, MEGHAN) (Entered: 05/21/2025) |
| 05/21/2025 | 132 | SEALED DOCUMENT filed by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H. re 117 Order on Motion for Order,, Set/Reset Deadlines, (This document is SEALED and only available to authorized persons.)(Galindo, Daniel) (Entered: 05/21/2025) |
| 05/22/2025 | | MINUTE ORDER  re 131 Request for Leave to File Review. Leave to file is granted. The Clerk is directed to file the attached document on the public docket. So ORDERED by Chief Judge James E. Boasberg on 5/22/2025. (lcjeb1) (Entered: 05/22/2025) |
| 05/22/2025 | | MINUTE ORDER: The Court ORDERS that Amicus's 130 Motion is GRANTED and her [130–11] Brief is deemed FILED. So ORDERED by Chief Judge James E. Boasberg on 5/22/2025. (lcjeb1) (Entered: 05/22/2025) |
| 05/22/2025 | | MINUTE ORDER: The Court ORDERS that Petitioners–Plaintiffs' Reply to the Government's discovery submissions shall now be due by May 27, 2025. So ORDERED by Chief Judge James E. Boasberg on 5/22/2025. (lcjeb1) (Entered: 05/22/2025) |
| 05/22/2025 | 133 | MOTION to Intervene by JOSHUA HALL. (znmw) (Entered: 05/23/2025) |
| 05/22/2025 | 143 | AMICUS BRIEF by MEGHAN KELLY. (zjm) (Entered: 05/28/2025) |
| 05/23/2025 | 134 | NOTICE OF WITHDRAWAL OF APPEARANCE as to D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. Attorney Pooja Boisture terminated. (Boisture, Pooja) (Entered: 05/23/2025) |
| 05/23/2025 | 135 | NOTICE OF WITHDRAWAL OF APPEARANCE as to D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA |

| | | |
|---|---|---|
| | | SANCHEZ, EYLAN SCHILMAN, W.G.H.. Attorney Skye Perryman terminated. (Perryman, Skye) (Entered: 05/23/2025) |
| 05/23/2025 | 136 | NOTICE OF WITHDRAWAL OF APPEARANCE as to D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. Attorney Somil Trivedi terminated. (Trivedi, Somil) (Entered: 05/23/2025) |
| 05/23/2025 | 137 | NOTICE OF WITHDRAWAL OF APPEARANCE as to D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. Attorney Michael Lawrence Waldman terminated. (Waldman, Michael) (Entered: 05/23/2025) |
| 05/23/2025 | 138 | NOTICE OF WITHDRAWAL OF APPEARANCE as to D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. Attorney Audrey Jordan Wiggins terminated. (Wiggins, Audrey) (Entered: 05/23/2025) |
| 05/23/2025 | 139 | STIPULATION *of Agreed Confidentiality Order* by PAMELA J. BONDI, PETER B. HEGSETH, KRISTI NOEM, MARCO RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT. (Davis, Tiberius) Modified on 5/27/2025 (znmw). (Entered: 05/23/2025) |
| 05/27/2025 | | ENTERED IN ERROR.....NOTICE OF ERROR regarding 139 Stipulation,. The following error(s) need correction: Missing signatures – Please refile. (znmw) Modified on 5/27/2025; per request from chambers (znmw). (Entered: 05/27/2025) |
| 05/27/2025 | 140 | ORDER: The Court ORDERS that the 139 Stipulated Confidentiality Order is ADOPTED. Signed by Chief Judge James E. Boasberg on 5/27/2025. (lcjeb4) (Entered: 05/27/2025) |
| 05/27/2025 | 141 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Sealed Document 1, # 2 Exhibit Sealed Document 2, # 3 Exhibit Sealed Document 3)(Gelernt, Lee) (Entered: 05/27/2025) |
| 05/27/2025 | 142 | CERTIFICATE OF SERVICE by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H. re 141 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H. (This document is SEALED and only available to authorized person . (Gelernt, Lee) (Entered: 05/27/2025) |
| 05/28/2025 | 144 | NOTICE OF WITHDRAWAL OF APPEARANCE as to D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. Attorney Sarah Rich terminated. (Rich, Sarah) (Entered: 05/28/2025) |
| 05/28/2025 | | MINUTE ORDER: The Court ORDERS that the 141 Sealed Motion for Leave to File Document Under Seal is GRANTED. So ORDERED by Chief Judge James E. |

| | | |
|---|---|---|
| | | Boasberg on 5/28/2025. (lcjeb1) (Entered: 05/28/2025) |
| 05/28/2025 | 145 | SEALED Response filed by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit)(zjm) (Entered: 05/29/2025) |
| 06/04/2025 | 146 | NOTICE of Appearance by Michael King Thomas Tan on behalf of All Plaintiffs (Tan, Michael) (Entered: 06/04/2025) |
| 06/04/2025 | 147 | ORDER: For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that: 1) Plaintiffs' 102 Motion for Preliminary Injunction is GRANTED IN PART and DENIED IN PART; 2) Plaintiffs' 103 Motion for Class Certification is DENIED WITHOUT PREJUDICE as to the Criminal Custody Class and GRANTED as to the CECOT Class with modifications. The latter Class shall be defined as follows:<br><br>    All noncitizens removed from U.S. custody and transferred to the Terrorism Confinement Center (CECOT) in El Salvador on March 15 and 16, 2025, pursuant solely to the Presidential Proclamation entitled, "Invocation of the Alien Enemies Act Regarding the Invasion of The United States by Tren De Aragua"; and<br><br>3) By June 11, 2025, Defendants shall submit a Notice to the Court advising how they intend to facilitate the ability of the CECOT Class to seek habeas relief. SIGNED by Chief Judge James E. Boasberg on 6/4/2025. (lcjeb3) (Entered: 06/04/2025) |
| 06/04/2025 | 148 | MEMORANDUM OPINION re 147 Order on Preliminary Injunction and Class Certification Motions. SIGNED by Chief Judge James E. Boasberg on 6/4/2025. (lcjeb3) (Entered: 06/04/2025) |
| 06/04/2025 | | MINUTE ORDER: Given the Court's ruling today on Plaintiffs' PI Motion, it ORDERS that Plaintiffs' 85 Motion for TRO is DENIED as moot. Similarly, Plaintiffs' 67 prior PI Motion is DENIED as moot. Finally, proposed Intervenor's 133 Motion to Intervene is DENIED as not satisfying Fed. R. Civ. P. 24. So ORDERED by Chief Judge James E. Boasberg on 6/4/2025. (lcjeb1) (Entered: 06/04/2025) |
| 06/04/2025 | | MINUTE ORDER: As set forth in the Court's 148 Memorandum Opinion, the Court ORDERS that Plaintiffs shall by June 6, 2025, post a $1.00 bond in accordance with Fed. R. Civ. P. 65(c). So ORDERED by Chief Judge James E. Boasberg on 6/4/2025. (lcjeb1) (Entered: 06/04/2025) |
| 06/05/2025 | | DEPOSIT of Funds for Bond in the amount of $ 1.00, Receipt Number 209726, pursuant to 06/04/2025 Minute Order. (zjm) (Entered: 06/06/2025) |
| 06/10/2025 | 149 | ENTERED IN ERROR.....NOTICE OF APPEAL TO DC CIRCUIT COURT as to 147 Order on Motion for Preliminary Injunction,,,, Order on Motion to Certify Class,,,, Set/Reset Deadlines,,, by PAMELA J. BONDI, MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT, DONALD J. TRUMP, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. DEPARTMENT OF DEFENSE, MARCO RUBIO, KRISTI NOEM, PETER B. HEGSETH. Fee Status: No Fee Paid. Parties have been notified. (Davis, Tiberius) Modified on 6/10/2025 (znmw). (Entered: 06/10/2025) |
| 06/10/2025 | | |

| | | |
|---|---|---|
| | | NOTICE OF ERROR regarding <u>149</u> Notice of Appeal to DC Circuit Court,. The following error(s) need correction: Incorrect case number. Please refile. (znmw) (Entered: 06/10/2025) |
| 06/10/2025 | <u>150</u> | NOTICE OF APPEAL TO DC CIRCUIT COURT as to <u>147</u> Order on Motion for Preliminary Injunction,,,, Order on Motion to Certify Class,,,, Set/Reset Deadlines,,, by PAMELA J. BONDI, MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT, DONALD J. TRUMP, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. DEPARTMENT OF DEFENSE, MARCO RUBIO, KRISTI NOEM, PETER B. HEGSETH. Fee Status: No Fee Paid. Parties have been notified. (Davis, Tiberius) (Entered: 06/10/2025) |
| 06/10/2025 | <u>151</u> | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re <u>150</u> Notice of Appeal to DC Circuit Court. (znmw) (Entered: 06/10/2025) |
| 06/10/2025 | <u>152</u> | Emergency MOTION to Stay *Order Pending Appeal* by PAMELA J. BONDI, PETER B. HEGSETH, KRISTI NOEM, MARCO RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT. (Attachments: # <u>1</u> Proposed Order)(Davis, Tiberius) (Entered: 06/10/2025) |
| 06/10/2025 | | USCA Case Number 25–5217 for <u>150</u> Notice of Appeal to DC Circuit Court, filed by U.S. DEPARTMENT OF DEFENSE, PETER B. HEGSETH, DONALD J. TRUMP, MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, PAMELA J. BONDI, U.S. STATE DEPARTMENT. (zjm) (Entered: 06/17/2025) |
| 06/12/2025 | <u>153</u> | ORDER: The Court ORDERS that Defendants' <u>152</u> Motion to Stay Pending Appeal is DENIED WITHOUT PREJUDICE. Signed by Chief Judge James E. Boasberg on June 12, 2025. (lcjeb2) (Entered: 06/12/2025) |
| 06/12/2025 | <u>154</u> | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Motion to Intervene – Paul M. Dorsey. Reason(s): Filer is not a party to the case. (Attachments: # <u>1</u> List, # <u>2</u> Exhibits, # <u>3</u> Text of Proposed Order) (zjm) (Entered: 06/17/2025) |
| 06/17/2025 | | MINUTE ORDER  **re <u>154</u> Request for Leave to File Review.** Leave to file is granted. The Clerk is directed to file the attached document on the public docket. So ORDERED by Chief Judge James E. Boasberg on 6/17/2025. (lcjeb1) (Entered: 06/17/2025) |
| 06/17/2025 | <u>155</u> | Unopposed MOTION to Clarify , Unopposed MOTION to Stay by PAMELA J. BONDI, PETER B. HEGSETH, KRISTI NOEM, MARCO RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT. (Attachments: # <u>1</u> Text of Proposed Order)(Davis, Tiberius) (Entered: 06/17/2025) |
| 06/17/2025 | <u>156</u> | MOTION to Intervene by PAUL M. DORSEY. (Attachments: # <u>1</u> List, # <u>2</u> Exhibits, # <u>3</u> Text of Proposed Order)(znmw) (Entered: 06/25/2025) |

| 06/20/2025 | | MINUTE ORDER: The Court ORDERS that Defendants' Unopposed 155 Motion to Clarify is GRANTED insofar as the Government need not take any action or file any pleadings until the D.C. Circuit sends down its mandate in the appeal of this Court's 147 Order. So ORDERED by Chief Judge James E. Boasberg on 6/20/2025. (lcjeb1) (Entered: 06/20/2025) |
| --- | --- | --- |
| 06/24/2025 | 157 | MANDATE of USCA as to 12 Notice of Appeal to DC Circuit Court, filed by DONALD J. TRUMP, MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, MARCO RUBIO, U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, PAMELA J. BONDI, U.S. STATE DEPARTMENT ; USCA Case Number 25–5067. (Attachments: # 1 USCA Order June 24, 2025)(zjm) (Entered: 06/25/2025) |
| 06/26/2025 | 158 | NOTICE *of Filing* by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H. (Attachments: # 1 Exhibit A: 28(j) – 25–5124, # 2 Exhibit B: 28(j) – 25–5217)(Gelernt, Lee) (Entered: 06/26/2025) |
| 07/03/2025 | 159 | NOTICE *of Filing* by PAMELA J. BONDI, PETER B. HEGSETH, KRISTI NOEM, MARCO RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT (Attachments: # 1 Exhibit 28(j) Response – CADC No. 25–5124, # 2 Exhibit 28(j) Response – CADC No. 25–5217)(Davis, Tiberius) (Entered: 07/03/2025) |
| 07/07/2025 | | MINUTE ORDER: The Court ORDERS that Intervenor's 156 Motion to Intervene is DENIED as he does not satisfy the test set forth in Fed. R. Civ. P. 24. So ORDERED by Chief Judge James E. Boasberg on 7/7/2025. (lcjeb1) (Entered: 07/07/2025) |
| 07/07/2025 | 160 | NOTICE *of United Nations Document* by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H. (Attachments: # 1 Exhibit UN Report on Enforced or Involuntary Disappearances, # 2 Exhibit Petitioners' Requests for Production of Documents)(Gelernt, Lee) (Entered: 07/07/2025) |
| 07/11/2025 | 161 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by PAMELA J. BONDI, PETER B. HEGSETH, KRISTI NOEM, MARCO RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Notice to Counsel/Party SEALED RESPONSE, # 2 Notice to Counsel/Party SEALED REDACTED RESPONSE, # 3 Text of Proposed Order SEALED PROPOSED ORDER)(Davis, Tiberius) (Entered: 07/11/2025) |
| 07/12/2025 | 162 | CERTIFICATE OF SERVICE by PAMELA J. BONDI, PETER B. HEGSETH, KRISTI NOEM, MARCO RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT re 161 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by PAMELA J. BONDI, PETER B. HEGSETH, KRISTI NOEM, MARCO RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND |

| | | |
|---|---|---|
| | | SECURITY, U.S. IMMIGRATION AND CUSTOMS EN *FORCEMENT, U.S. STATE DEPARTMENT*. (Davis, Tiberius) (Entered: 07/12/2025) |
| 07/14/2025 | | MINUTE ORDER: The Court ORDERS that Defendants' 161 Sealed Motion for Leave to File Document Under Seal is GRANTED. In the event that the Court, after review, believes that a redacted version of the filing should be placed on the public record, it will so order. So ORDERED by Chief Judge James E. Boasberg on 07/14/2025. (lcjeb1) (Entered: 07/14/2025) |
| 07/14/2025 | 163 | MOTION to Intervene by GLORIA BROWNING. (zjm) (Entered: 07/14/2025) |
| 07/14/2025 | 167 | SEALED Response filed by PAMELA J. BONDI, PETER B. HEGSETH, KRISTI NOEM, MARCO RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT. re 160 Notice (Other),. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Notice to Counsel/Party SEALED REDACTED RESPONSE)(zjm) (Entered: 07/17/2025) |
| 07/15/2025 | 164 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 3/24/2025. Answer due for ALL FEDERAL DEFENDANTS by 5/23/2025. (Gelernt, Lee) (Entered: 07/15/2025) |
| 07/15/2025 | 165 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 3/31/2025. (Gelernt, Lee) (Entered: 07/15/2025) |
| 07/15/2025 | 166 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. PETER B. HEGSETH served on 5/6/2025; KRISTI NOEM served on 3/31/2025; MARCO RUBIO served on 3/31/2025; MADISON SHEAHAN served on 3/31/2025; DONALD J. TRUMP served on 3/31/2025; U.S. DEPARTMENT OF DEFENSE served on 5/6/2025; U.S. DEPARTMENT OF HOMELAND SECURITY served on 3/31/2025; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT served on 3/31/2025; U.S. STATE DEPARTMENT served on 3/28/2025 (Gelernt, Lee) (Entered: 07/15/2025) |
| 07/17/2025 | | MINUTE ORDER: The Court ORDERS that Intervenor's 163 Motion to Intervene is DENIED. She does not satisfy the requirements of Fed. R. Civ. P. 24. So ORDERED by Chief Judge James E. Boasberg on 7/17/2025. (lcjeb1) (Entered: 07/17/2025) |
| 07/18/2025 | 168 | NOTICE *of Changed Circumstances* by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H. (Attachments: # 1 Exhibit A Declaration of Mellissa Harper)(Gelernt, Lee) (Entered: 07/18/2025) |
| 07/21/2025 | | MINUTE ORDER: The Court ORDERS that the parties shall appear for a status hearing on July 24, 2025, at 11:00 a.m. The hearing will proceed in−person for the parties and by telephone for members of the public. Toll free number: 833−990−9400. Meeting ID: 049550816. Any use of the public−access telephone line requires adherence to the general prohibition against photographing, recording, livestreaming, and rebroadcasting of court proceedings (including those held by telephone or videoconference), as set out in Standing Order No. 24−31 (JEB). Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or |

| | | |
|---|---|---|
| | | other sanctions deemed necessary by the Court. So ORDERED by Chief Judge James E. Boasberg on 7/21/2025. (lcjeb4) Modified to add public line on 7/21/2025 (znbn). (Entered: 07/21/2025) |
| 07/24/2025 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Status Conference held on 7/24/2025. Minute Order forthcoming. (Court Reporter Tammy Nestor) (znbn) (Entered: 07/24/2025) |
| 07/24/2025 | | MINUTE ORDER: As discussed at today's status hearing, the Court ORDERS that the parties shall submit a Joint Status Report by August 7, 2025, and every two weeks thereafter until further Order of the Court. So ORDERED by Chief Judge James E. Boasberg on July 24, 2025. (lcjeb3) (Entered: 07/24/2025) |
| 07/24/2025 | 169 | TRANSCRIPT OF PROCEEDINGS before Chief Judge James E. Boasberg held on 7/24/25; Page Numbers: 1–21. Court Reporter/Transcriber Tammy Nestor, tammy_nestor@dcd.uscourts.gov, Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**<span style="color:red">NOTICE RE REDACTION OF TRANSCRIPTS:</span>** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 8/14/2025. Redacted Transcript Deadline set for 8/24/2025. Release of Transcript Restriction set for 10/22/2025.(Nestor, Tammy) (Entered: 07/24/2025) |
| 08/07/2025 | 170 | Joint STATUS REPORT by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. (Gelernt, Lee) (Entered: 08/07/2025) |
| 08/08/2025 | | MINUTE ORDER: Having reviewed the parties' 170 Joint Status Report, the Court ORDERS that they shall now file such reports on the first business day of each month. So ORDERED by Chief Judge James E. Boasberg on 08/08/2025. (lcjeb1) (Entered: 08/08/2025) |
| 08/19/2025 | 171 | MANDATE of USCA as to 150 Notice of Appeal to DC Circuit Court, filed by U.S. DEPARTMENT OF DEFENSE, PETER B. HEGSETH, DONALD J. TRUMP, MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. DEPARTMENT OF HOMELAND SECURITY, MARCO A. RUBIO, KRISTI NOEM, PAMELA J. BONDI, U.S. STATE DEPARTMENT ; USCA Case Number 25–5217. (Attachments: # 1 USCA Order August 8, 2025)(zjm) (Entered: 08/21/2025) |
| 09/02/2025 | 172 | Joint STATUS REPORT by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. (Gelernt, Lee) (Entered: 09/02/2025) |

| | | |
|---|---|---|
| 09/03/2025 | | MINUTE ORDER: Having reviewed the parties' 172 Joint Status Report, the Court ORDERS that once Plaintiffs file a new Motion for Preliminary Injunction, they need not file any further JSRs. So ORDERED by Chief Judge James E. Boasberg on 09/03/2025. (lcjeb1) (Entered: 09/03/2025) |
| 10/01/2025 | 173 | Joint STATUS REPORT by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. (Gelernt, Lee) (Entered: 10/01/2025) |
| 10/14/2025 | 174 | NOTICE of Appearance– Pro Bono by Sean Ming–Jun Lau on behalf of All Plaintiffs (Attachments: # 1 Certificate Pursuant to Local Civil Rules 83.2(f) and 83.2(g))(Lau, Sean) (Entered: 10/14/2025) |
| 10/14/2025 | 175 | NOTICE of Appearance– Pro Bono by Kathryn Huddleston on behalf of All Plaintiffs (Huddleston, Kathryn) (Entered: 10/14/2025) |
| 10/15/2025 | 176 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Text of Proposed Order)(Gelernt, Lee) (Entered: 10/15/2025) |
| 10/15/2025 | 177 | MOTION for Preliminary Injunction by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. (Attachments: # 1 Memorandum in Support, # 2 Exhibit Index, # 3 Exhibit A Declaration of Andres Antillano, # 4 Exhibit B Redacted Declaration, # 5 Exhibit C Redacted Declaration, # 6 Exhibit D Redacted Declaration, # 7 Exhibit E Redacted Declaration, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Declaration J Declaration of Noelle Smith, # 13 Text of Proposed Order)(Gelernt, Lee) (Entered: 10/15/2025) |
| 10/15/2025 | 178 | MOTION to Certify Class by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Gelernt, Lee) (Entered: 10/15/2025) |
| 10/15/2025 | | MINUTE ORDER: The Court ORDERS that: 1) Plaintiffs' 176 Motion for Leave to File Under Seal is GRANTED; and 2) Plaintiffs' [176–1], [176–2], [176–3], [176–4] unredacted Declarations are deemed filed under seal. So ORDERED by Chief Judge James E. Boasberg on October 15, 2025. (lcjeb1) (Entered: 10/15/2025) |
| 10/15/2025 | 181 | SEALED Exhibits filed by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. re 177 Motion for Preliminary Injunction,,.. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(zjm) (Entered: 10/20/2025) |
| 10/16/2025 | 179 | MOTION to Stay *Proceedings Pending Lapse in Appropriations* by PAMELA J. BONDI, PETER B. HEGSETH, KRISTI NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT. (Attachments: # 1 Text of Proposed Order)(Davis, Tiberius) (Entered: 10/16/2025) |

| 10/17/2025 |  | MINUTE ORDER: Given that this Court's Standing Order's default rule for extensions does not apply to PI Motions and given the importance of a timely resolution of this matter, the Government's <u>179</u> Motion to Stay is DENIED. So ORDERED by Chief Judge James E. Boasberg on October 17, 2025. (lcjeb1) (Entered: 10/17/2025) |
| --- | --- | --- |
| 10/17/2025 | <u>180</u> | PROPOSED BRIEFING SCHEDULE *(Joint Submission)* by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. (Gelernt, Lee) (Entered: 10/17/2025) |
| 10/17/2025 |  | MINUTE ORDER: The Court ADOPTS the parties' <u>180</u> Joint Proposed Briefing Schedule and ORDERS that: (1) Defendants shall file their Response to Plaintiffs' Motion for Preliminary Injunction and Motion for Class Certification by October 31, 2025; and (2) Plaintiffs shall file their Replies by November 10, 2025. So ORDERED by Chief Judge James E. Boasberg on October 17, 2025. (lcjeb1) (Entered: 10/17/2025) |
| 10/29/2025 |  | MINUTE ORDER: The Court ORDERS that the parties shall appear for a hearing on Plaintiffs' <u>177</u> <u>178</u> Motions on November 19, 2025, at 2:00 p.m. So ORDERED by Chief Judge James E. Boasberg on October 29, 2025. (lcjeb1) (Entered: 10/29/2025) |
| 10/31/2025 | <u>182</u> | Memorandum in opposition to re <u>177</u> MOTION for Preliminary Injunction filed by PAMELA BONDI, PETER B. HEGSETH, KRISTI NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT. (Attachments: # <u>1</u> Exhibit A – Declaration of Deputy Secretary of State Christopher Landau, # <u>2</u> Exhibit B – Declaration of Secretary of State Marco Rubio)(Davis, Tiberius) (Entered: 10/31/2025) |
| 10/31/2025 | <u>183</u> | Memorandum in opposition to re <u>178</u> MOTION to Certify Class filed by PAMELA BONDI, PETER B. HEGSETH, KRISTI NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT. (Attachments: # <u>1</u> Exhibit A – Joint Status Report in J.O.P. v. DHS)(Davis, Tiberius) (Entered: 10/31/2025) |
| 10/31/2025 | <u>184</u> | NOTICE of Proposed Order by PAMELA BONDI, PETER B. HEGSETH, KRISTI NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT re <u>183</u> Memorandum in Opposition, <u>182</u> Memorandum in Opposition,, (Davis, Tiberius) (Entered: 10/31/2025) |
| 11/10/2025 | <u>185</u> | STRICKEN PURSUANT TO THE MINUTE ORDER FILED ON 11/12/2025.....REPLY to opposition to motion re <u>177</u> Motion for Preliminary Injunction,, filed by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. (Gelernt, Lee) Modified on 11/12/2025 (znbn). (Entered: 11/10/2025) |
| 11/10/2025 | <u>186</u> | REPLY to opposition to motion re <u>178</u> Motion to Certify Class, filed by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. (Gelernt, |

| | | |
|---|---|---|
| | | Lee) (Entered: 11/10/2025) |
| 11/12/2025 | | MINUTE ORDER: The Court ORDERS that Plaintiffs' 185 Reply is STRICKEN for violating the Court's Local Rule on excessive footnotes. Given that the Reply is limited to 25 pages, Plaintiffs shall file a compliant brief with no more than 5 footnotes containing no more than 25 aggregate lines of text by November 13, 2025. So ORDERED by Chief Judge James E. Boasberg on November 12, 2025. (lcjeb1) (Entered: 11/12/2025) |
| 11/12/2025 | 187 | REPLY to opposition to motion re 177 Motion for Preliminary Injunction,, filed by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. (Gelernt, Lee) (Entered: 11/12/2025) |
| 11/14/2025 | | NOTICE of Hearing: Motion Hearing set for November 19, 2025, at 02:00 PM in Courtroom 22A– In Person (Audio Line Available) before Chief Judge James E. Boasberg. The hearing will proceed in–person for the parties. Members of the public may attend in person or by telephone. Toll free number: 833–990–9400. Meeting ID: 049550816. Any use of the public–access telephone line requires adherence to the general prohibition against photographing, recording, livestreaming, and rebroadcasting of court proceedings (including those held by telephone or videoconference), as set out in Standing Order No. 24–31 (JEB). Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or other sanctions deemed necessary by the Court.(znbn) (Entered: 11/14/2025) |
| 11/17/2025 | | MINUTE ORDER: Given the ruling on November 14, 2025, by the Court of Appeals, the Court ORDERS that at the PI hearing on November 19, 2025, the parties shall be prepared to discuss next steps in this Court's contempt inquiry. So ORDERED by Chief Judge James E. Boasberg on November 17, 2025. (lcjeb1) (Entered: 11/17/2025) |
| 11/18/2025 | 188 | NOTICE OF WITHDRAWAL OF APPEARANCE as to G.F.F., J.A.V., J.G.G., J.G.O., W.G.H.. Attorney Brian D. Netter terminated. (Netter, Brian) (Entered: 11/18/2025) |
| 11/18/2025 | 189 | NOTICE OF WITHDRAWAL OF APPEARANCE as to G.F.F., J.A.V., J.G.G., J.G.O., W.G.H.. Attorney Christine L. Coogle terminated. (Coogle, Christine) (Entered: 11/18/2025) |
| 11/18/2025 | 190 | NOTICE OF WITHDRAWAL OF APPEARANCE as to G.F.F., J.A.V., J.G.G., J.G.O., W.G.H.. Attorney Bradley Girard terminated. (Coogle, Christine) (Entered: 11/18/2025) |
| 11/19/2025 | 191 | NOTICE of Appearance by John Bailey on behalf of All Defendants (Bailey, John) (Entered: 11/19/2025) |
| 11/19/2025 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Motion Hearing held on 11/19/2025 re 177 MOTION for Preliminary Injunction filed by LIYANARA SANCHEZ, J.G.O., D.A.R.H., M.Y.O.R., W.G.H., M.Z.V.V., G.F.F., M.M.A.A., DORYS MENDOZA, J.G.G., EYLAN SCHILMAN, J.A.V., 178 MOTION to Certify Class filed by LIYANARA SANCHEZ, J.G.O., D.A.R.H., M.Y.O.R., W.G.H., M.Z.V.V., G.F.F., M.M.A.A., DORYS MENDOZA, J.G.G., EYLAN SCHILMAN, J.A.V.. Oral argument heard; motion taken under advisement. (Court Reporter Sara Wick) (znbn) (Entered: 11/19/2025) |

| 11/20/2025 | | NOTICE: As discussed at yesterday's hearing, the Court will issue an Order implementing its proposed next steps in the contempt inquiry once the mandate from the Court of Appeals issues. (lcjeb1) (Entered: 11/20/2025) |
|---|---|---|
| 11/24/2025 | | MINUTE ORDER: Now that the Mandate from the Court of Appeals has issued, the Court ORDERS that each side shall file by November 25, 2025, its proposals on how the Court's inquiry regarding a potential contempt referral should proceed, including names of possible witnesses and dates for hearings. So ORDERED by Chief Judge James E. Boasberg on November 24, 2025. (lcjeb4) (Entered: 11/24/2025) |
| 11/24/2025 | 192 | MANDATE of USCA as to 84 Notice of Appeal to DC Circuit Court, filed by DONALD J. TRUMP, MADISON SHEAHAN, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. DEPARTMENT OF HOMELAND SECURITY, MARCO A. RUBIO, KRISTI NOEM, PAMELA J. BONDI, U.S. STATE DEPARTMENT ; USCA Case Number 25−5124. (Attachments: # 1 USCA Order 8/8/2025)(znmw) (Entered: 11/24/2025) |
| 11/24/2025 | | MINUTE ORDER: The Court ORDERS that Defendants shall file a Notice by November 25, 2025, regarding their position on converting Plaintiffs' Motion for Preliminary Injunction into a Motion for Summary Judgment. So ORDERED by Chief Judge James E. Boasberg on November 24, 2025. (lcjeb1) (Entered: 11/24/2025) |
| 11/25/2025 | 193 | RESPONSE TO ORDER OF THE COURT *Response To The Court's November 24, 2025 Order* by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H. (Gelernt, Lee) Modified event on 12/1/2025 (znmw). (Entered: 11/25/2025) |
| 11/25/2025 | 194 | NOTICE *Regarding Consolidation* by PAMELA J. BONDI, PETER B. HEGSETH, KRISTI NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT (Davis, Tiberius) (Entered: 11/25/2025) |
| 11/25/2025 | 195 | RESPONSE TO ORDER OF THE COURT *Regarding Proceedings* by PAMELA J. BONDI, PETER B. HEGSETH, KRISTI NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT (Davis, Tiberius) Modified event on 12/1/2025 (znmw). (Entered: 11/25/2025) |
| 11/28/2025 | 196 | ORDER: The Court ORDERS that the Government shall submit declarations from all individuals involved in the decision not to halt the transfer of class members out of U.S. physical custody on March 15 and 16, 2025, by December 5, 2025. Signed by Chief Judge James E. Boasberg on November 28, 2025. (lcjeb3) (Entered: 11/28/2025) |
| 12/01/2025 | 197 | TRANSCRIPT OF PROCEEDINGS before Chief Judge James E. Boasberg held on 11/19/2025. Page Numbers: 1−37. Date of Issuance: 12/01/2025. Court Reporter: Sara Wick, telephone number 202−354−3284. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. |

| | | |
|---|---|---|
| | | After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/22/2025. Redacted Transcript Deadline set for 1/1/2026. Release of Transcript Restriction set for 3/1/2026.(Wick, Sara) (Entered: 12/01/2025) |
| 12/05/2025 | 198 | NOTICE *of Filing of Declarations in Response to Court's December 1 Order* by PAMELA J. BONDI, PETER B. HEGSETH, KRISTI NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT (Attachments: # 1 Declaration of Secretary Noem, # 2 Declaration of Acting General Counsel of DHS Mazzara, # 3 Declaration of Deputy Attorney General Blanche)(Davis, Tiberius) (Entered: 12/05/2025) |
| 12/08/2025 | 199 | DECLARATION by non−party Honorable Emil Bove, Circuit Judge re 196 Order. "Leave to file GRANTED," signed by Chief Judge James E. Boasberg on 12/8/2025. (znmw) (Entered: 12/08/2025) |
| 12/08/2025 | 200 | ORDER: The Court ORDERS that: 1) Plaintiffs shall attempt to secure the presence of Erez Reuveni for testimony on December 15, 2025, at 9:30 a.m.; 2) The Government shall produce Drew Ensign for testimony on December 16, 2025, at 2:00 p.m.; and 3) Both sides shall appear in person at such hearings and will have the opportunity to question witnesses. Signed by Chief Judge James E. Boasberg on December 8, 2025. (lcjeb1) (Entered: 12/08/2025) |
| 12/08/2025 | | Set/Reset Hearings: Contempt Hearing set for 12/15/2025 09:30 AM in Courtroom 22A− In Person before Chief Judge James E. Boasberg. Contempt Hearing set for 12/16/2025 02:00 PM in Courtroom 22A− In Person before Chief Judge James E. Boasberg. (znbn) (Entered: 12/08/2025) |
| 12/10/2025 | 201 | MOTION for Reconsideration *of the Court's December 8 Order (ECF 200)*, MOTION for Protective Order by PAMELA J. BONDI, PETER B. HEGSETH, KRISTI NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT. (Attachments: # 1 Declaration of Deputy Assistant Attorney General Drew Ensign)(Davis, Tiberius) (Entered: 12/10/2025) |
| 12/10/2025 | 202 | MOTION for Leave to File Amicus Brief by MEGHAN KELLY. (Attachments: # 1 Exhibit Exhibits 1 through 12B to Motion emails to opposing counsel and exhibits thereto including Complaint against Democrats and proof gov attacks against Meg delaying amicus Too long to expend time now in light of urgent issues, # 2 Exhibit Final Proposed Amicus Brief By Meghan Kelly, # 3 Exhibit 3 Declaration to Proposed Amicus Brief By Meghan Kelly, # 4 Text of Proposed Order 4 proposed order on amicus brief, # 5 Certificate of Service)(KELLY, MEGHAN) (Entered: |

| | | |
|---|---|---|
| | | 12/10/2025) |
| 12/11/2025 | 203 | NOTICE *OF INTENT TO FILE A RESPONSE* by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H. re 201 Motion for Reconsideration,, Motion for Protective Order, (Gelernt, Lee) (Entered: 12/11/2025) |
| 12/11/2025 | 204 | NOTICE *OF WITNESS APPEARANCE* by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H. re 200 Order, (Gelernt, Lee) (Entered: 12/11/2025) |
| 12/11/2025 | | MINUTE ORDER: The Court ORDERS that the response deadline proposed in Plaintiffs' 203 Notice is approved. So ORDERED by Chief Judge James E. Boasberg on December 11, 2025. (lcjeb1) (Entered: 12/11/2025) |
| 12/11/2025 | 205 | RESPONSE re 201 MOTION for Reconsideration *of the Court's December 8 Order (ECF 200)* MOTION for Protective Order filed by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. (Attachments: # 1 Declaration of Daniel Galindo)(Gelernt, Lee) (Entered: 12/11/2025) |
| 12/12/2025 | 206 | NOTICE *(Service of Mandamus Petition)* by PAMELA J. BONDI, PETER B. HEGSETH, KRISTI L. NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT (Attachments: # 1 Appendix Addendum to Mandamus Petition)(Davis, Tiberius) (Entered: 12/12/2025) |
| 12/12/2025 | 207 | MOTION to Stay *Pending Mandamus* by PAMELA J. BONDI, PETER B. HEGSETH, KRISTI L. NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT. (Davis, Tiberius) (Entered: 12/12/2025) |
| 12/12/2025 | 208 | ORDER: The Court ORDERS that Defendants' 201 Motion to Reconsider is DENIED. Signed by Chief Judge James E. Boasberg on December 12, 2025. (lcjeb1) (Entered: 12/12/2025) |
| 12/12/2025 | | MINUTE ORDER: For the reasons set forth in the Court's 208 Order denying the Government's Motion for Reconsideration, the Court ORDERS that the Government's 207 Motion to Stay is DENIED. So ORDERED by Chief Judge James E. Boasberg on December 12, 2025. (lcjeb1) (Entered: 12/12/2025) |
| 12/12/2025 | 209 | NOTICE of Letter to the Court filed by non–party Michael Bromwich, Counsel to Erez Reuveni. "Leave to File is GRANTED," signed by Chief Judge James E. Boasberg on 12/12/2025. (znmw) (Entered: 12/12/2025) |
| 12/12/2025 | 210 | NOTICE *of Administrative Stay* by PAMELA J. BONDI, PETER B. HEGSETH, KRISTI L. NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT re 200 Order, (Attachments: # 1 USCA Order Granting Administrative Stay)(Davis, Tiberius) (Entered: 12/12/2025) |
| 12/12/2025 | 211 | ORDER of USCA; USCA Case Number 25–5452. (zjm) (Entered: 12/17/2025) |

| 12/15/2025 | | MINUTE ORDER: Given the administrative stay issued by the Court of Appeals, the Court ORDERS that the hearings set for this week are VACATED. So ORDERED by Chief Judge James E. Boasberg on December 15, 2025. (lcjeb1) (Entered: 12/15/2025) |
|---|---|---|
| 12/16/2025 | 212 | Emergency MOTION to Intervene, MOTION to Consolidate by BOREALIS S. HEDLING. (Attachments: # 1 Exhibit List, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 17)(zjm) (Additional attachment(s) added on 12/19/2025: # 18 Pro Se Consent to receive Notices of Electronic Filing) (zjm). (Entered: 12/18/2025) |
| 12/16/2025 | 213 | ENTERED IN ERROR.....NEW Pro Se Consent To Receive Notices of Electronic Filing by BOREALIS S. HEDLING (zjm) Modified on 12/19/2025 (zjm). (Entered: 12/18/2025) |
| 12/22/2025 | 214 | ORDER: For the reasons stated in the accompanying Memorandum Opinion, the Court ORDERS that: 1) Plaintiffs' 177 Motion for Summary Judgment is GRANTED; 2) Plaintiffs' 178 Motion for Class Certification is GRANTED; 3) Defendants' 182 Motion for Summary Judgment is DENIED; and 4) The Government shall submit its proposal either to facilitate the return of Plaintiffs to the United States or to otherwise provide them with hearings that satisfy the requirements of due process by January 5, 2026. Signed by Chief Judge James E. Boasberg on December 22, 2025. (lcjeb1) (Entered: 12/22/2025) |
| 12/22/2025 | 215 | MEMORANDUM OPINION re 214 Order on Summary Judgment and Class Certification Motions. Signed by Chief Judge James E. Boasberg on December 22, 2025. (lcjeb1) (Entered: 12/22/2025) |
| 12/23/2025 | 216 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Motion for Temporary Restraining Order – BOREALIS S. HEDLING. Reason(s): Filer is not a party to the case. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 10.1) (zjm) (Entered: 12/31/2025) |
| 12/23/2025 | 217 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Errata to Emergency Motion – BOREALIS S. HEDLING. Reason(s): Filer is not a party to the case. (Attachments: # 1 Exhibit, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 10.1, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 7, # 8 Exhibit 6) (zjm) (Entered: 12/31/2025) |
| 12/23/2025 | 218 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Motion to Clarify – BOREALIS S. HEDLING. Reason(s): Filer is not a party to the case. (Attachments: # 1 Exhibit 18) (zjm) (Entered: 12/31/2025) |
| 12/25/2025 | 219 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Notice – BOREALIS S. HEDLING. Reason(s): Filer is not a party to the case. (Attachments: # 1 Exhibit 19, # 2 Exhibit 20) (zjm) (Entered: 12/31/2025) |
| 12/30/2025 | 220 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Motion for Declaratory – BOREALIS S. HEDLING. Reason(s): Filer is not a party to the case. (zjm) (Entered: 12/31/2025) |
| 01/02/2026 | | MINUTE ORDER: As the relief sought has nothing to do with this case, the Court ORDERS that proposed Intervenor's 217 Motion is DENIED. So ORDERED by |

| | | |
|---|---|---|
| | | Chief Judge James E. Boasberg on January 2, 2026. (lcjeb4) (Entered: 01/02/2026) |
| 01/02/2026 | | MINUTE ORDER: The Court ORDERS that the 218 , 219 , and 220 Requests for Leave to File are DENIED. So ORDERED by Chief Judge James E. Boasberg on January 2, 2026. (lcjeb4) (Entered: 01/02/2026) |
| 01/02/2026 | 225 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Notice of Appeal – BOREALIS S. HEDLING. Reason(s): Filer is not a party to the case. (Attachments: # 1 IFP, # 2 Certificate of Service, # 3 Supplement Main, # 4 Supplement 1, # 5 Supplement 2, # 6 Supplement 3) (zjm) (Entered: 01/07/2026) |
| 01/03/2026 | 226 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Motion to Recuse – BOREALIS S. HEDLING. Reason(s): Filer is not a party to the case. (Attachments: # 1 Exhibit) (zjm) (Additional attachment(s) added on 1/7/2026: # 2 Exhibit) (zjm). (Entered: 01/07/2026) |
| 01/04/2026 | 221 | NOTICE of Appearance by Ryan Giannetti on behalf of BRANDON GILL (Giannetti, Ryan) (Entered: 01/04/2026) |
| 01/04/2026 | 222 | NOTICE OF WITHDRAWAL OF APPEARANCE as to BRANDON GILL. Attorney Andrew Block terminated. (Block, Andrew) (Entered: 01/04/2026) |
| 01/04/2026 | 223 | MOTION for Extension of Time to *Respond to Court's Order* by PAMELA J. BONDI, PETER B. HEGSETH, KRISTI L. NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT. (Davis, Tiberius) (Entered: 01/04/2026) |
| 01/04/2026 | 227 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Motion for TRO – BOREALIS S. HEDLING. Reason(s): Filer is not a party to the case. (zjm) (Additional attachment(s) added on 1/7/2026: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (zjm). (Entered: 01/07/2026) |
| 01/05/2026 | | MINUTE ORDER: As the Government's 223 Motion fails to comply with LCvR 7(m), the Court ORDERS that it shall file a Rule 7(m) Notice by 5:00 p.m. today. So ORDERED by Chief Judge James E. Boasberg on January 5, 2026. (lcjeb4) (Entered: 01/05/2026) |
| 01/05/2026 | 224 | NOTICE *of Compliance with Local Rule 7(m)* by PAMELA J. BONDI, PETER B. HEGSETH, KRISTI L. NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT (Davis, Tiberius) (Entered: 01/05/2026) |
| 01/05/2026 | | MINUTE ORDER: The Court ORDERS that: 1) The 223 Motion for Extension of Time is GRANTED; and 2) The Government shall submit its proposal either to facilitate the return of Plaintiffs to the United States or to otherwise provide them with hearings that satisfy the requirements of due process by January 12, 2026. So ORDERED by Chief Judge James E. Boasberg on January 5, 2026. (lcjeb4) (Entered: 01/05/2026) |
| 01/06/2026 | 228 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Motion to Withdraw – BOREALIS S. HEDLING. Reason(s): Filer is not |

| | | |
|---|---|---|
| | | a party to the case. (zjm) (Entered: 01/07/2026) |
| 01/12/2026 | 229 | RSPONSE TO ORDER OF THE COURT re 214 *Response to Court Order* by PAMELA J. BONDI, PETER B. HEGSETH, KRISTI L. NOEM, MARCO A. RUBIO, MADISON SHEAHAN, DONALD J. TRUMP, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. STATE DEPARTMENT (Attachments: # 1 Declaration of Secretary of State Rubio)(Davis, Tiberius) Modified event title on 1/13/2026 (znmw). (Entered: 01/12/2026) |
| 01/13/2026 | 230 | MOTION for Leave to File Amicus Brief*Amicus Motion without a brief to preserve facts nd issues for the courts nd paarties to address or not by free choice, not government extinguished choice* by MEGHAN KELLY. (Attachments: # 1 Declaration, # 2 Exhibit 1 email regarding stance on survelience issue and affidavits showing Meg is in danger and may not be able to file in future due to government threats, # 3 Exhibit 2 Newsweek Supreme Court Rulings May Be Based on Threats to JusticesCourt Papers – Newsweek, # 4 Exhibit 3 Donald Trump threatens Cuba, Mexico, Colombia, more post–Venezuela operation, # 5 Exhibit 4 email stance on Trump's invsion of another country to evade and simantle the rule of law while contributing to conditions for overthrow, # 6 Exhibit 5 Yahoo Mail – Meg follow up_ Fw_ Activity in Case 1_25–cv–00766– Order on Motion for Extension of Time to, # 7 Exhibit 6 DUE DATE IS TODAY_I want to draft about protecting pay and pension not this_PLEASE preserve your rights to allow court to save you when clients misbehave_, # 8 Exhibit 7 Senate Judiciary clashes over judicial impeachments, rising threats against judges _ Courthouse News Service, # 9 Exhibit 8 proposed order on amicus motion, # 10 Certificate of Service)(KELLY, MEGHAN) (Entered: 01/13/2026) |
| 01/13/2026 | 232 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Motion to Disqualify – BOREALIS S. HEDLING. Reason(s): Filer is not a party to the case. (Attachments: # 1 Exhibit) (zjm) (Entered: 01/18/2026) |
| 01/14/2026 | | MINUTE ORDER: The Court ORDERS that Plaintiffs shall respond to Defendants' 229 filing by January 16, 2026. So ORDERED by Chief Judge James E. Boasberg on January 14, 2026. (lcjeb1) (Entered: 01/14/2026) |
| 01/15/2026 | 231 | Unopposed MOTION for Extension of Time to File Response/Reply by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. (Gelernt, Lee) (Entered: 01/15/2026) |
| 01/15/2026 | | MINUTE ORDER: The Court ORDERS that Plaintiffs' 231 Motion for Extension is GRANTED, and they shall file their Response by January 26, 2026. So ORDERED by Chief Judge James E. Boasberg on January 15, 2026. (lcjeb1) (Entered: 01/15/2026) |
| 01/16/2026 | | MINUTE ORDER: The Court ORDERS that: 1) The 202 , 230 Motions for Leave to File Amicus Brief are DENIED, as the Court does not believe such brief would assist its resolution of the matter; and 2) The 212 Motion to Intervene is DENIED, as the proposed intervenor's claims are not related to this matter. So ORDERED by Chief Judge James E. Boasberg on January 16, 2026. (lcjeb1) (Entered: 01/16/2026) |
| 01/16/2026 | 233 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: Notice of Appeal – BOREALIS S. HEDLING. Reason(s): Filer is not a party to the case. (Attachments: # 1 IFP, # 2 Affidavit in support, # 3 Supplement |

| | | |
|---|---|---|
| | | Main, # <u>4</u> Supplement) (zjm) (Entered: 01/21/2026) |
| 01/20/2026 | | MINUTE ORDER: The Court ORDERS that the <u>232</u> Request for Leave to File is DENIED. So ORDERED by Chief Judge James E. Boasberg on January 20, 2026. (lcjeb1) (Entered: 01/20/2026) |
| 01/21/2026 | | MINUTE ORDER re **<u>233</u> Request for Leave to File Review.** Leave to file is granted. The Clerk is directed to file the attached document on the public docket. So ORDERED by Chief Judge James E. Boasberg on January 21, 2026. (lcjeb1) (Entered: 01/21/2026) |
| 01/21/2026 | <u>235</u> | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 01/16/2026 Minute Order on Motion to Intervene,, Order on Motion to Consolidate Cases,, Order on Motion for Leave to File Amicus Brief,,, by BOREALIS S. HEDLING. Fee Status: No Fee Paid. (Attachments: # <u>1</u> Supplement)(zjm) Modified on 1/30/2026 to add docket text (zjm). (Entered: 01/30/2026) |
| 01/21/2026 | <u>236</u> | MOTION for Leave to Appeal in forma pauperis by BOREALIS S. HEDLING. (Attachments: # <u>1</u> Affidavit, # <u>2</u> Supplement)(zjm) (Entered: 01/30/2026) |
| 01/27/2026 | <u>234</u> | RESPONSE TO ORDER OF THE COURT re Order, Set Deadlines filed by D.A.R.H., G.F.F., J.A.V., J.G.G., J.G.O., M.M.A.A., M.Y.O.R., M.Z.V.V., DORYS MENDOZA, LIYANARA SANCHEZ, EYLAN SCHILMAN, W.G.H.. (Attachments: # <u>1</u> Declaration of Oscar Sarabia Roman)(Gelernt, Lee) (Entered: 01/27/2026) |
| 01/28/2026 | | MINUTE ORDER: The Court ORDERS that: 1) Defendants shall file a Reply to Plaintiffs' <u>234</u> Response by February 2, 2026; and 2) The parties shall appear for a hearing on February 9, 2026, at 10:00 a.m. in Courtroom 22A. In their Reply, Defendants shall respond to, *inter alia*, Plaintiffs' proposal regarding remote proceedings in third countries, their request for the immediate return of passports and identity documents, whether Defendants will parole class members who arrive at a U.S. port of entry, and whether they will issue boarding letters for air travel to the U.S. for Plaintiffs in Venezuela or third countries. The hearing will proceed in–person for the parties. Members of the public may attend in person or by telephone. Toll free number: 833–990–9400. Meeting ID: 049550816. Any use of the public–access telephone line requires adherence to the general prohibition against photographing, recording, livestreaming, and rebroadcasting of court proceedings (including those held by telephone or videoconference), as set out in Standing Order No. 24–31 (JEB). Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or other sanctions deemed necessary by the Court. So ORDERED by Chief Judge James E. Boasberg on January 28, 2026. (lcjeb1) (Entered: 01/28/2026) |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JGG et al
_____
                    Plaintiff

                vs.                        Civil Action No. 1:25-00766-JEB
                                                          _____

Trump et al.
_____
                    Defendant

# NOTICE OF APPEAL

Notice is hereby given this   16      day of   January        , 20 26   , that

Borealis S Hedling (Proposed Plaintiff-Intervenor)

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the   16th         day of  January         , 20 26

in  favor of  The Trump Administration

against said   Denial of December 16, 2025 Motion to Intervene and Consolidate at ECF 212

_____
                    Borealis S Hedling
                    Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil
action must be filed within 30 days after the date of entry of judgment or 60 days if the United
States or officer or agency is a party)

**CLERK**        Please mail copies of the above Notice of Appeal to the following at the addresses
                 indicated:

US Attorneys Office 950 Pennsylvania Ave NW Washington, DC 20530-0001 already sent to
SUPREMECTBRIEFS@usdoj.gov & USADCS.ServiceCivil@usdoj.gov
johnny.walker@usdoj.gov alicia.dupree@usdoj.gov usadc.civil@usdoj.gov & ACLU per
attached Certification of Service



## Ref 116193 on Reasonable Accommodation in Expedited Processing

1 message

**Borealis** <borealis.appeals@gmail.com>                                                            Thu, Dec 18, 2025 at 12:09 AM
To: FSPO - Access <access@fspo.ie>

I don't think 12-14 weeks in an appropriate time frame regarding this case. Given the circumstances and the prima facie case.

An tOmbudsman Seirbhísí
Airgeadais agus Pinsean

Financial Services and
Pensions Ombudsman

**By Email Only**
**Private & Confidential**

**Borealis Serenity Hedling**
Room 120,
Travelodge Plus,
Dublin City Centre,
44 Townsend Street,
Dublin 2.

17 December 2025

*Please quote the reference below in all correspondence to this office
and refrain from using staples as all documents received are scanned.*

Re:    Your dispute with The Governor and Company of the Bank of Ireland
        trading as Bank of Ireland
        Reference number: 25/116193

**Dear Borealis Serenity Hedling**

Thank you for submitting your complaint to the Financial Services and Pensions
Ombudsman (FSPO).

Your complaint reference number is listed above. Please use this reference number
on all correspondence to us regarding your complaint.

You do not need to contact us at this time, as the team will get in touch if any
clarification or further information is required, and we will otherwise write to you to
confirm when your complaint has been progressed.

Your complaint will be assigned to a member of the Registry and Assessment team as
soon as possible, who will review it in detail. Please note that this may take up to 12-
14 weeks.

Yours sincerely,

*Ayla Lancaster*

Cont./..

An tOmbudsman Seirbhísí Airgeadais agus Pinsean, Teach Lincoln, Plás Lincoln, Baile Átha Cliath 2, D02 VH29.
Teil: + 353 (0)1 567 7000   Ríomhphost: eolas@ospa.ie   Láithreán gréasáin: www.ospa.ie

Financial Services and Pensions Ombudsman, Lincoln House, Lincoln Place, Dublin 2, D02 VH29.
Tel: + 353 (0)1 567 7000   Email: info@fspo.ie   Website: www.fspo.ie

Reference No: 25/116193                            Page 2

**AYLA LANCASTER**
**Registry & Assessment Clerical Officer**

Ayla.Lancaster@fspo.ie



---------- Forwarded message ----------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Mon, Dec 1, 2025, 5:43 PM
Subject: On how dire my medical situation is as Ireland's political prisoner and potentially for irreparable harm without injunctive relief from Northern Ireland
To: NIHRC-Legal <legal@nihrc.org>, <hrc-ie-solidarity@un.org>
Cc: <secretary@ganhri.org>, <press@transparency.org>, <press@amnesty.org>, <info@frontlinedefenders.org>, <support@protectdefenders.eu>, <ogis@nara.gov>


I am realizing how bad this is, but if you do help me apply for an Injunction at least you can immediately prove irreparable harm and that the Government of the UK knows this is all explicitly happening.

If I can just cross the border and have the care I need in line with Article 14 of the UN Convention Against Torture that helps a lot.

---------- Forwarded message ----------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Mon, Dec 1, 2025, 3:33 PM
Subject: To the Embassy of Norway, Sweden, South Africa, Mexico and Switzerland on how dire my medical situation is and the need for Emergency Diplomatic Asylum
To: <dublin.appointment@dirco.gov.za>, <dublin.info@dirco.gov.za>, <hrc-ie-solidarity@un.org>, <infoirl@sre.gob.mx>, <kanzlei@bvger.admin.ch>, <dublin@eda.admin.ch>, <helpline@eda.admin.ch>, <newsdesk@fcdo.gov.uk>, <Press.Dublin@fcdo.gov.uk>, <247@mfa.no>, <hrc-sr-disability@un.org>
Cc: <press@amnesty.org>, <press@transparency.org>, <press@whistleblower.org>, <support@protectdefenders.eu>, <facultad@derecho.unam.mx>


I am pretty sure this should be enough.

---------- Forwarded message ----------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Mon, Dec 1, 2025, 2:57 PM
Subject: FYI : Addition to Complaint OMB-164735-D7W1R0 further information on Failure to Appropriately Discharge Plan
To: <Simon.harris@oireachtas.ie>, <disabilitymatters@oireachtas.ie>, <hrc-sr-disability@un.org>, <mary.butler@oireachtas.ie>, <minister_odonnell_office@health.gov.ie>, <info@frontlinedefenders.org>, <info@ihrec.ie>, <support@protectdefenders.eu>, <info@justice.ie>, <info@president.ie>


This is really dangerous and cruel. I am not doing this for attention you are literally purposely killing me.

---------- Forwarded message ----------
From: **Borealis** <borealis.appeals@gmail.com>
Date: Mon, Dec 1, 2025, 2:49 PM
Subject: Addition to Complaint OMB-164735-D7W1R0 further information on Failure to Appropriately Discharge Plan
To: OMB Ombudsman Complaints <complaints@ombudsman.ie>, <hrc-sr-disability@un.org>, <disabilitymatters@oireachtas.ie>
Cc: <press@amnesty.org>, <press@transparency.org>, <hrwpress@hrw.org>, <hrwdc@hrw.org>


Absent the Government of Ireland meeting basic requirements under Article 14 of the UN Convention Against Torture and the chilling effect from my stay at Mater Misericordiae University Hospital. I am currently down to only 500 MG of Lamictal having been denied any relief by any Government agency since entering this country 30/7/25.



Mater Misericordiae University Hospital failed to inform me prescriptions must be filled within 48 hours if on a medical card. Per the pharmacist given the medical card was not issued 5/9/25 when the script was written. I need to get it rewritten. I only have 0.70 euros so unfortunately even though offered a 5 day supply to bridge the gap I can't afford any medication. Now have to take even less than prescribed. As I wait for a check to clear because the Department of Social Protection failed to even help with access to direct provision.



Aonad Náisiúnta na gCártaí Leighis, Bosca P.O. 11745, Baile Átha Cliath 11
Guthán: 0818 224478 Facs: (01) 834 3589 comhphost: clientregistration@hse.ie

National Medical Card Unit, P.O. Box 11745, Dublin 11
Tel: 0818 224478 Fax: (01) 834 3589 e-mail: clientregistration@hse.ie

03  429/1/429  L
**429**

12-Sep-2025

**Private & Confidential**
Jeremy Michael Lawson
Travelodge Plus
44 Townsend Street
Dublin 2
Dublin 2
D02 DY01

## Medical Card eligibility application - MC1(e)
### Reference Number 33811686

Dear Mr. Lawson,

Medical Card eligibility has been granted to you following receipt of an application form [ MC1(e) ] for Medical Card
eligibility in emergency circumstances.

Eligibility is granted, on a temporary basis, for 6 months based on the information that was provided with
MC1(e) application form. Details are as follows:

| Name | Date of Birth | Eligibility Decision | Expiry Date | Card Number |
|------|---------------|---------------------|-------------|-------------|





**PRESCRIPTION**

Mater Misericordiae University Hospital,
Eccles Street,
Dublin 7.
Telephone: 01 – 8032000

**Patient Name:** Jeremy Michael Lawson
**MRN:** 1443829
**Address:** No Fixed Abode
**Date of Birth:** 29/03/1991

Date: 05/09/2025

**Weight:** 50.6kg
**Allergies:** Escitalopram, Lithium

| Drug | Dose & Frequency | Route | Duration |
|------|------------------|-------|----------|
| Lamotrigine | 150mg BD | PO | 1/12 |
| Prazosin | 1mg nocte | PO | 1/12 |
| Propanolol MR | 80mg mane | PO | 1/12 |

As noted I have severe PTSD and per the UN Special Procedures Report assume I will just be labelled a serial complainer. This is based on extreme abuse that has still not been acknowledged by any Government agency, Regulatory Authority, Court, or the Ombuds.

2:40

JL ADA Letter Up...



WILLOW TREE
COUNSELING & CONSULTING

December 13 2023
Courtney Harmatys
Willow Tree Counseling & Consulting, LLC
(317)210-2816
4954 E 56th St, Ste 8, Indianapolis, IN 46220-5769

To Whom It May Concern:

I am the treating licensed mental health counselor for Jeremy Lawson. Jeremy has a diagnosis
of Post Traumatic Stress Disorder (PTSD) and has been an active patient of mine since
8/30/2023. Entering government agencies and receiving notices and/or communicating in
written form with government agencies, when compared to most people, may impact major life
activities such as their ability to emotionally regulate, sleep, concentrate, and/or communicate
with others due to triggers of PTSD.

I recommend Jeremy Lawson have reasonable accommodations to communicate in verbal
exchanges rather than initiating in written form when requested. Jeremy may benefit from
subsequent detailed written instructions, transcripts, and summarizations for complex tasks,
interactions, and verbal exchanges. They may require short breaks in a quiet environment when
engaged with government employees and/or in government entities to alleviate PTSD
symptoms.

Sincerely,

Courtney Harmatys
Courtney Harmatys, MS, NCC, LMHC
Licensed Mental Health Counselor (LMHC)
IN License Number: 39003230A
Willow Tree Counseling & Consulting, LLC
courtney@willowtreeindy.com
Phone: 317-210-2816
Fax: 463-205-0343



← e4xr7wm5.pdf

---

Submission of Information to Special Procedures Report       e4xr7wm5



UNITED NATIONS
**HUMAN RIGHTS**
OFFICE OF THE HIGH COMMISSIONER

**Reference:** e4xr7wm5          **Date:** Monday, December 1, 2025

**Type:** Follow-up information         **Original:** English

**Consent:** Not required

### Related mandates

- education
- human rights defenders
- torture
- Transitional justice
- Palestinian territories occupied since 1967

### Submitted by

**Name:** Borealis Hedling          **Type:** Individual

**Pronoun:** They /Them            **Salutation:**

**First name (used name):** Borealis      **Family name (used name):** Hedling

**Gender identity (self-identified):** Non-binary

**Email:** borealis.appeals@gmail.com      **Telephone:** 19599998957

**Address:**
Travelodge Plus
44 Townsend St Rm 120
Dublin 2 (Ireland)

### Case details

If the original submission was made online please provide the submission reference if known: vpffha3q

The date of the original submission to the Special Procedures and the name of the person / organization who sent it, as contained in the original submission:
23/11/24-present

**Details:**
I sent the following message to MI6 around 1:45pm 1/12/25 entitled "Emergency Petition to the Houses of the Oireachtas for an Irish Hillsborough Law"

1/12/25 I sent a new Petition to the Houses of the Oireachtas Joint Committee on Public Petitions and the Ombudsman to pass a Irish Hillsborough Law so Irish officials have a duty to candor to not cover up scandals. Along with an act to protect human rights defenders.

The most obvious outcome will be an administrative denial or continued blacklisting literally covering up a petition to not maintain a cover up. Specifically this committee 23/9/25 shut down a Petition to establish an Emergency Human Rights Tribunal. Has ignored a 13/10/25 Adverse Utterance Complaint for doing so.

It appears based on a nuked closure on a complaint against Trinity college for their failure to accommodate OMB-164607-C1M8B9 by the Ombuds 1/12/25 they will not act in good faith. Subsequently in relation to complaints against the Department of Social Protection for not even providing access to basic public benefits. Against Mater Misericordiae University Hospital for labelling me psychotic to help discredit allegations of abuse. Also failing to follow their complaint process. Along with a complaint against the LSRA for failing to hold Trinity college Solicitor Sinead MacBride accountable mainly for concealing a legal metric to hold heads of state accountable.

I will keep being held as a political prisoner and being labeled a serial complainer. Having my mental health weaponized to discredit and attempt to gaslight me. While continuing to be denied medical care or compensation against Article 14 of the UN Convention Against Torture. While the Government of the UK among dozens of others in concert with the UN, NATO, OAS, EU, and COE maintain this cover up and the illegitimate presidency of Donald J Trump. This will not receive any media coverage. Civil Society and educational institutions will shun me. Generally I will be isolated and impoverished as an example and in an effort to continue my medical decline.

---



I am in this country against my will and being deprived of the most basic of medical care. Much less per a dismissed Rule 39 Interim measure request recovering the actual treatment I need. Which also factors in Mater Misericordiae University Hospital failures to take my allegations of abuse or complaints seriously.



EUROPEAN COURT OF HUMAN RIGHTS
COUR EUROPÉENNE DES DROITS DE L'HOMME

T : +33 (0)3 88 41 20 18
F : +33 (0)3 88 41 27 30
www.echr.coe.int

Borealis Serenity HEDLING
Travelodge Plus Dublin City Centre
Room 120
44 Townsend St
D02 DY01 DUBLIN
IRLANDE

ECHR-LE2.0aR
PMC/EMF/nj

30 October 2025

**BY E-TRANSMISSION ONLY**
Rule 39 Site #7516

**Our Ref.33589/25**

Dear Borealis Serenity Hedling,

I acknowledge receipt of your correspondence of 27 October 2025 requesting the European Court of Human Rights under Rule 39 of the Rules of Court to require Ireland to grant you a "safe conduct pass".

**This request falls outside the scope of Rule 39 and therefore has not been submitted to a judge for decision.** The Court will not, therefore, indicate to the Government of Ireland the interim measure sought.

**The Court applies Rule 39 only where an applicant faces an imminent risk of irreparable harm to a Convention right.** In most cases where Rule 39 is applied, the evidence available points to a clearly arguable case of a genuine threat to life and limb, with the ensuing real risk of grave harm in breach of the core provisions of the Convention. The file opened in respect of these complaints will be destroyed in due course without further notice.

I note that apart from the present request, you have lodged against different member states numerous requests via the Court's Rule 39 platform which have been considered out of scope of Rule 39 of the Rules of Court, and/or repetitive requests.

I must point out in this connection that the Court was set up to ensure the observance of the engagements undertaken by the High Contracting Parties in the Convention and the Protocols thereto. The submission of numerous unmeritorious requests creates unnecessary work, which is incompatible with the Court's real functions and hinders the Court in carrying them out.

EUROPEAN COURT OF HUMAN RIGHTS
COUNCIL OF EUROPE
67075 STRASBOURG CEDEX
FRANCE



COUR EUROPÉENNE DES DROITS DE L'HOMME
CONSEIL DE L'EUROPE
67075 STRASBOURG CEDEX
FRANCE

- 2 -

I must therefore inform you that the **Court will not respond to any further Rule 39 requests from you, in any name and against any Contracting State,** unless they disclose evidence of an imminent risk of irreparable harm to a Convention right, which, on account of its nature, would not be susceptible to reparation, restoration or adequate compensation.

Yours faithfully,

M. Bingöllü
Deputy Registrar of the Filtering Section

I have requested every complaint I have made to the Ombudsman since 17/11/25 to be expedited. Again per the above UN Special Procedures Report I received a denial pointing out the problem with this while responding to a request for documentation on a complaint against the LSRA.



2:48

1 message

# OMB-164902-J1B8Q2 Response with requested materials and clarification on case closure OMB-164607-C1M8R9

**Dauntless.peace**    1:00 PM
Dauntless.peace@proton.me
To: Complaints@ombudsm...

📎 **7 attachments**    4.7 MB

Please see the attached request for the original complaint against Sinead MacBride. I will as noted to your access officer repeatedly since September 2025 have difficulty communicating in writing at times.

The closure on Case OMB-164607-C1M8R9 could been construed as a failure for Trinity college to respond timely complaint. Although there are many issues involved that doesn't mean it was outside your remit entirely. My inability to file these complaints face to face actively impedes my ability to appropriately communicate.

Thanks,
Borealis S Hedling

They / Them

---------- Forwarded message ----------
From: **Borealis Hedling** <emergencyfilings.bh@gmail.com>
Date: Mon, Dec 1, 2025, 9:14 AM
Subject: Fwd: Emergency Petition to the Houses of the Oireachtas pass a Irish Hillsborough Law and Act to Protect Human Rights Defenders
To: <borealis.appeals@gmail.com>


---------- Forwarded message ----------
From: **Borealis Hedling** <emergencyfilings.bh@gmail.com>
Date: Mon, Dec 1, 2025, 9:10 a.m.
Subject: Emergency Petition to the Houses of the Oireachtas pass a Irish Hillsborough Law and Act to Protect Human Rights Defenders
To: <submitapetition@oireachtas.ie>, <jcpp@oireachtas.ie>, <hrc-sr-truth@un.org>, info@hillsboroughlawnow.org <info@hillsboroughlawnow.org>
Cc: <MediaRelations@uscg.mil>, <osd.pa.dutyofficer@mail.mil>, <AF.JAX.Workflow@us.af.mil>, <16AF.PA.MediaOps@us.af.mil>, <OnTheRecord@usmc.mil>, <PTGN_CHINFONEWSDESK@navy.mil>, <warcompa@socom.mil>, <osd.pentagonpressbadges@mail.mil>, <hrc-ie-internationalorder@un.org>, <oaglitigationmailbox@advocategeneral.gov.uk>, <info@law4palestine.org>, <sar@mfa.gov.il>, <911@mfa.gov.il>, <info@adalet.gov.tr>, <embassy.dublin@mfa.gov.tr>, <hrc-ie-solidarity@un.org>, <SUPREMECTBRIEFS@usdoj.gov>, <Usadc.servicecivil@usdoj.gov>, <alicia.dupree@usdoj.gov>, <usadc.civil@usdoj.gov>, <executive.office@dcbar.org>, <Simon.harris@oireachtas.ie>, <info@ihrec.ie>, <civil.rights@ag.ny.gov>, <civilrights@oag.state.md.us>, <eileen.flynn@oireachtas.ie>, <robbie.gallagher@oireachtas.ie>, <imelda.goldsboro@oireachtas.ie>, <laura.harmon@oireachtas.ie>, <alicemary.higgins@oireachtas.ie>, <garret.kelleher@oireachtas.ie>, <mike.kennelly@oireachtas.ie>, <sharon.keogan@oireachtas.ie>, <sean.kyne@oireachtas.ie>, <eileen.lynch@oireachtas.ie>, <aubrey.mccarthy@oireachtas.ie>, <maria.mccormack@oireachtas.ie>, <michael.mcdowell@oireachtas.ie>, <ronan.mullen@oireachtas.ie>, <conor.murphy@oireachtas.ie>, <pj.murphy@oireachtas.ie>, <margaret.murphyomahony@oireachtas.ie>, <linda.nelson-murray@oireachtas.ie>, <evanne.nichuilinn@oireachtas.ie>, <noel.odonovan@oireachtas.ie>, <fiona.oloughlin@oireachtas.ie>, <joe.oreilly@oireachtas.ie>, <sarahj.oreilly@oireachtas.ie>, <anne.rabbitte@oireachtas.ie>, <lynn.ruane@oireachtas.ie>, <dee.ryan@oireachtas.ie>, <nicole.ryan@oireachtas.ie>, <gareth.scahill@oireachtas.ie>, <patricia.stephenson@oireachtas.ie>, <pauline.tully@oireachtas.ie>, <diarmuid.wilson@oireachtas.ie>, <vpcao@tcd.ie>, <legalcooperation@oas.org>, <cidh-prensa@oas.org>, <CIDHDenuncias@oas.org>, <EO@ombudsman.europa.eu>, <info@frontlinedefenders.org>, <press@whistleblower.org>, <press@whistlebloweraid.org>, <democracy@coe.int>, <democracyinstitute@ceu.edu>, <christoph.halbig@philos.uzh.ch>, <graduiertenschule@phil.uzh.ch>, <sigmond.richli@philos.uzh.ch>, <fsb@sib.uzh.ch>, <asae.leitung@ethik.uzh.ch>, <asae@ethik.uzh.ch>, <philsem@philos.uzh.ch>, <duersteler@philos.uzh.ch>, <afe@philos.uzh.ch>, <stephanie.oechslin@philos.uzh.ch>, <u21@universitas21.com>, <yoan.hermstruewer@uzh.ch>, <anne.meylan@philos.uzh.ch>, <rita.stoeckli@uzh.ch>, <isabella.balmer@rud.uzh.ch>, <rechtsdienst@rud.uzh.ch>, <privacy@rud.uzh.ch>, <info@bj.admin.ch>, <legal@proton.me>, <secretar@tcd.ie>, <clerksroom@11kbw.com>, <teamD@11kbw.com>, <ambassaden.dublin@gov.se>, <Ambassaden.monrovia@gov.se>, <ambassaden.washington@gov.se>, <secretary@ganhri.org>, <cru@calbar.ca.gov>, <GC@calbar.ca.gov>, <ExecutiveDirector@calbar.ca.gov>, <247@mfa.no>, <Helpline@eda.admin.ch>, <dublin@eda.admin.ch>, <dubln@international.gc.ca>, <pa.chineseembassy.ie@gmail.com>, <press.chineseembassy.ie@gmail.com>, <chinaembpress_us@mfa.gov.cn>, <chinaemb_ie@mfa.gov.cn>, <DELEGATION-INDIA@eeas.europa.eu>, Atencion FGR <atencionfgr@fgr.org.mx>, <atencionciudadana@sre.gob.mx>, <AD1-AGC@nycourts.gov>, <ogis@nara.gov>, <drc@tcd.ie>, <Lindsey.Halligan@usdoj.gov>, <CRT.SpeakerRequests@usdoj.gov>, <lordmayor@dublincity.ie>, <cabraoffice@dublincity.ie>, <customerservices@dublincity.ie>, <C4Nstories@itn.co.uk>, <accessofficer@justice.ie>, <info@justice.ie>, Niall Collins <niall.collins@oireachtas.ie>, <tips@cnn.com>, <tips@nypost.com>, <tips@slate.co>, <HRDSupportIndonesia@state.gov>, <HRDSupportJapan@state.gov>, <HRDSupportKingston@state.gov>, <HRDSupportRangoon@state.gov>, <HRDSupportTbilisi@state.gov>, <HRDSUPPORTBELGRADE@state.gov>, <HRDSupportBrussels@state.gov>, <HRDSupportEmbVienna@state.gov>, <HRDSupportPrague@state.gov>, <contact@csso.gov.ie>, <ICCVisits@icc-cpi.int>, <applications@icc-cpi.int>, <fadi.el-abdallah@icc-cpi.int>, <OTPNewsDesk@icc-cpi.int>, <Dujarric@un.org>, <david.lammy.mp@parliament.uk>, <honorarydegree@uconn.edu>, <registrar@uconn.edu>, <generalcounsel@uconn.edu>, <humanrights@uconn.edu>, <president@uconn.edu>, <universitycompliance@uconn.edu>, <boardoftrustees@uconn.edu>, <hrc-sr-education@un.org>, <hrc-sr-freedex@un.org>, <askds@tcd.ie>, <provost@tcd.ie>, <law.postgraduate@tcd.ie>, <events@tcd.ie>, <controlcenter.security-unog@un.org>, Joint Committee on Justice Home Affairs and Migration <justice@oireachtas.ie>, <disabilitymatters@oireachtas.ie>, <support@protectdefenders.eu>, <hrwdc@hrw.org>, <hrwpress@hrw.org>, <press@worldjusticeproject.org>,

<press@transparency.org>, <press@amnesty.org>, <press.office@dfa.ie>, <justitieombudsmannen@jo.se>,
<frances.black@oireachtas.ie>, <niall.blaney@oireachtas.ie>, <victor.boyhan@oireachtas.ie>,
<manus.boyle@oireachtas.ie>, <cathal.byrne@oireachtas.ie>, <maria.byrne@oireachtas.ie>, <pat.casey@oireachtas.ie>,
<lorraine.cliffordlee@oireachtas.ie>, <tom.clonan@oireachtas.ie>, <joanne.collins@oireachtas.ie>,
<alison.comyn@oireachtas.ie>, <joe.conway@oireachtas.ie>, <martin.conway@oireachtas.ie>,
<nessa.cosgrove@oireachtas.ie>, <teresa.costello@oireachtas.ie>, <mats.green@riksdagen.se>,
<michael.rubbestad@riksdagen.se>, <hans.ekstrom@riksdagen.se>, <fredrik.lindahl@riksdagen.se>,
<mirja.raiha@riksdagen.se>, <ulrik.nilsson@riksdagen.se>, <per-arne.hakansson@riksdagen.se>,
<mauricio.rojas@riksdagen.se>, <amalia.rud.stenlof@riksdagen.se>, <susanne.nordstrom@riksdagen.se>,
<jessica.wetterling@riksdagen.se>, <gudrun.brunegard@riksdagen.se>, <muharrem.demirok@riksdagen.se>,
<lars.engsund@riksdagen.se>, <jan.riise@riksdagen.se>, <lars.e.johnsson@riksdagen.se>,
<lars.andersson@riksdagen.se>, <peter.hedberg@riksdagen.se>, <charlotte.nordstrom@riksdagen.se>,
<erik.ezelius@riksdagen.se>, <martin.westmont@riksdagen.se>, <ingela.nylund.watz@riksdagen.se>,
<caroline.hogstrom@riksdagen.se>, <laila.naraghi@riksdagen.se>, <leonid.yurkovskiy@riksdagen.se>,
<gunilla.c.carlsson@riksdagen.se>, <cecilia.gustafsson@riksdagen.se>, <vasiliki.tsouplaki@riksdagen.se>,
<camilla.brodin@riksdagen.se>, <sara-lena.bjalko@riksdagen.se>, <mats.berglund@riksdagen.se>,
<malin.danielsson@riksdagen.se>, <matheus.enholm@riksdagen.se>, <hanna.gunnarsson@riksdagen.se>,
<christofer.bergenblock@riksdagen.se>, <larry.soder@riksdagen.se>, <magnus.berntsson@riksdagen.se>,
<fredrik.malm@riksdagen.se>, <Martin.Melin@riksdagen.se>, <annika.hirvonen@riksdagen.se>,
<patrik.bjorck@riksdagen.se>, <andreas.lennkvist.manriquez@riksdagen.se>, <victoria.tiblom@riksdagen.se>,
<matilda.ernkrans@riksdagen.se>, <riksdagsinformation@riksdagen.se>, <hrc-sr-disability@un.org>, <hrc-sr-torture@un.org>, <Erik.Nymansson@jo.se>, <Katarina.Pahlsson@jo.se>, <Per.Lennerbrant@jo.se>,
<Thomas.Norling@jo.se>, <registrator@mrinstitutet.se>, <jennie.nilsson@riksdagen.se>, <facultad@derecho.unam.mx>,
<ud.rt@gov.se>, <tips@latimes.com>, <tips@slate.com>, <tips@themarysue.com>, <tips@newyorker.com>,
<tips@injusticewatch.org>, <tips2@bloomberg.net>, <scoop@motherjones.com>, <newstips@commondreams.org>,
<newsmanager@foxnews.com>, <news@skynews.com>, <news@thejournal.ie>, <news@irishstar.com>,
<news@justsecurity.org>, <newsdesk@irishlegal.com>, <news@ctpublic.org>, <newsdesk@irishtimes.com>,
<enquiries@ombudsman.org.za>, <info@medieombudsmannen.se>, <complaints@mediacouncil.ca>, <pfu@presse.no>

This is a matter of basic morality



The Oireachtas :: Online Petitions
petitions.oireachtas.ie

A A A    Home | Gaeilge | Site Map        Contact    Print    Mobile

## Houses of the
# Oireachtas
### Tithe an Oireachtais

**About** | **TDs & Senators** | **Oireachtas Business** | **Visits & Events** | **Watch & Listen**

**Media Zone** | **Education**

Online Petition

Introduction to Petitions

Frequently Asked Questions

Contacting the Committee

Submit a Petition Online

Submit a Petition by Post

See Petitions Already Submitted

## Online Petition Successfully Submitted

You have successfully submitted your online petition to the Houses of the Oireachtas
Joint Committee on Public Petitions. A member of the secretariat will be in touch in due
course.

| About | TDs & Senators | Oireachtas Busine | Visits & Events | Watch & Listen | Media Zone | Education |
|---|---|---|---|---|---|---|
| Dáil | Office Holders | Weekly Schedule | Visit Leinster House | Watch Live | Press Releases | Online Education Programme |
| Seanad | TDs | Order Papers | 1916 Exhibition | Watch | Accreditation | Historical Debates and Speeches |
| History | Senators | Parliamentary Debates | How to Find Us | Oireachtas TV | Factsheet | Glossary |
| Houses | General | Bills & Legislation | Brochures for Visitors | Listen Live | Facilities | |
| Commission | Elections and Seanad Elections | Parliamentary Questions | Photo Gallery | Download Video Files | Oireachtas Press Office | |
| Parliamentary Administration | Salaries & Allowances | Committees | Video Tours | Playback | Party Press Offices | |
| Publications | Register of Members Interests | Topical Issues (Dáil) | | Documentaries | Local Media Reports | |
| Library & Research Service | Seating Plans | Commencement Matters (Seanad) | | | Articles, letters and statements | |
| Rannóg an Aistriúcháin | North/South Inter-Parliamentary Association | | | | | |
| Careers | After the dissolution | | | | | |
| European Union | Members' Login | | | | | |
| Freedom of Information | Members' Network Access | | | | | |
| Regulation of Lobbying Act | Members' Directory | | | | | |
| How Your Parliament Works | | | | | | |



www.Oireachtas.ie
Houses of the Oireachtas Service, Leinster House, Dublin 2. Ph: +353 1 618 3000
- Government Website - Privacy Policy - Accessibility - Copyright and Re-Use

The Oireachtas :: Online Petitions
petitions.oireachtas.ie

*from the petitioner should already have been obtained.*

| | |
|---|---|
| Title: (e.g. Mr. Mrs. etc) | |
| First Name of Petitioner: | Borealis Serenity |
| Surname of Petitioner: | Hedling |
| Petition Title: | Irish Hillsborough Law and Protection of Human Rights Defender Act |

This will be the title of your petition and should explain what the petition is about in a few words.

Good examples:
- Increase pay for key public workers
- Introduce a law against chewing gum littering

Bad examples:
- Help young people
- Justice for Betty
- Lock up gum chewers

| | |
|---|---|
| Submitted From: | Unincorporated association of p ⌄ |

*If petition is submitted from a Corporate Body*

| | |
|---|---|
| Corporate Name: | |

*If petition is submitted from an Unincorporated association of persons*

| | |
|---|---|
| Unincorporated Association Name: | The Human Family |

## Section 3 - Actioning the Petition

***This information may be made public at the discretion of the Committee***

Text of Petition *(limit 250 words)*:

On 23/9/25 this committee violated Article 14 of the UN Convention against Torture <u>refusing</u> to establish a Court of Universal Jurisdiction. Stating the situation of a Human Rights Defender being tortured for exposing systemic corruption and the lack of <u>redress</u> available to victims of atrocities was "individual" not "systemic". Leading to an adverse Utterance complaint ignored <u>since</u> 13/10/25. This Government needs to pass an act protecting human rights defenders and <u>requiring</u> public officials to have a duty to candor <u>to</u> stop <u>cover</u> ups.

83 Words

Other persons supporting this Petition (full agreement from all parties listed here should already have been obtained):

| | | |
|---|---|---|
| 1) Download File | Click here | to download excel file to your PC. |
| 2) Modify File | Open the download excel file and save with Petitioner details on your PC | |
| 3) Upload File | Select to upload the saved excel file | |

Choose file No file chosen

## Section 3 - Actioning the Petition

*This information may be made public at the discretion of the Committee*

Text of Petition *(limit 250 words)*:

```
On 23/9/25 this committee violated Article 14 of the UN Convention
against Torture refusing to establish a Court of Universal
Jurisdiction. Stating the situation of a Human Rights Defender being
tortured for exposing systemic corruption and the lack of redress
available to victims of atrocities was "individual" not "systemic".
Leading to an adverse Utterance complaint ignored since 13/10/25. This
Government needs to pass an act protecting human rights defenders and
requiring public officials to have a duty to candor to stop cover ups.
```
83 Words

Other persons supporting this Petition (full agreement from all parties listed here should already have been obtained):

| | | |
|---|---|---|
| 1) Download File | Click here | to download excel file to your PC. |
| 2) Modify File | Open the download excel file and save with Petitioner details on your PC | |
| 3) Upload File | Select to upload the saved excel file<br>Choose file  No file chosen | |
| 4) Disclaimer: | Please tick this box confirming you have full agreement from all parties listed above to the publication of their names and other details provided.<br>☑Yes | |

Other background information to Petition (may include information already provided in section 1):

```
"Whereas recognition of the inherent dignity and of the equal and
inalienable rights of all members of the human family is the
foundation of freedom, justice and peace in the world"

-Universal Declaration of Human Rights
```

What action are you suggesting in response to your petition?

Report to the Dáil/Seanad with recommendations and include a request that the report be de ⌄

If *Other*, please give details

*We recommend that you print this form before submitting.*    Print   Submit













**1000008659.png**
188 KB

**The Oireachtas __ Online Petitions.PDF**
174 KB

**e4xr7wm5.pdf**
44 KB