# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 26-5040**

**September Term, 2025**

**1:25-cv-00766-JEB**

**Filed On: February 2, 2026** [2157097]

J.G.G., et al.,

       Appellees

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

       Appellees

Borealis S. Hedling,

       Appellant

## O R D E R

The notice of appeal was filed on January 21, 2026, and docketed in this court on January 30, 2026. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 4, 2026 |
| Docketing Statement Form | March 4, 2026 |
| Entry of Appearance Form (Attorneys Only) | March 4, 2026 |
| Motion for Appointment of Counsel, if any | March 4, 2026 |
| Procedural Motions, if any | March 4, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | March 4, 2026 |
| Statement of Issues to be Raised | March 4, 2026 |
| Transcript Status Report | March 4, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | March 4, 2026 |
| Dispositive Motions, if any | March 19, 2026 |

It is

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-5040**                                    **September Term, 2025**

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 4, 2026 |
| Entry of Appearance Form (Attorneys Only) | March 4, 2026 |
| Procedural Motions, if any | March 4, 2026 |
| Dispositive Motions, if any | March 19, 2026 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellees or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:     /s/
Francis A. Walter
Deputy Clerk

The following forms and notices are available on the Court's website:

Attachments for Pro Se Parties Only:
Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Memorandum Concerning Self-Representation
Memorandum Concerning Appointment of Counsel