# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** J.G.G. et al.

**v.**

Donald J. Trump et al.

**Case No:** 26-5040

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ◉ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Donald J. Trump | Todd M. Lyons |
| Pamela J. Bondi | U.S. Immigration and Customs Enforcement |
| Kristi L. Noem | Marco A. Rubio |
| U.S. Department of Homeland Security | U.S. State Department |

### Counsel Information

Lead Counsel: Christopher Ian Pryby

Direct Phone: ( 202 ) 598-5526  Fax: (___) _____  Email: christopher.i.pryby@usdoj.gov

2nd Counsel: _____

Direct Phone: (___) _____  Fax: (___) _____  Email: _____

3rd Counsel: _____

Direct Phone: (___) _____  Fax: (___) _____  Email: _____

Firm Name:  U.S. Department of Justice, Civil Division, Office of Immigration Litigation

Firm Address: P.O. Box 878, Ben Franklin Station, Washington, DC 20044-0878

Firm Phone: ( 202 ) 514-2000  Fax: (___) _____  Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** _____

v.     **Case No:** _____

_____

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ◉ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ◉ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

Peter B. Hegseth _____     _____

U.S. Department of War _____     _____

_____     _____

_____     _____

### Counsel Information

Lead Counsel: _____

Direct Phone: ( ____ ) _____  Fax: ( ____ ) _____   Email: _____

2nd Counsel: _____

Direct Phone: ( ____ ) _____  Fax: ( ____ ) _____   Email: _____

3rd Counsel: _____

Direct Phone: ( ____ ) _____  Fax: ( ____ ) _____   Email: _____

Firm Name: _____

Firm Address: _____

Firm Phone: ( ____ ) _____  Fax: ( ____ ) _____   Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)