## Certificate of Service
## When Not All Case Participants Are CM/ECF Participants

I hereby certify that, on March 6, 2026, a copy of my notice of appearance in this case was dispatched by a third-party commercial carrier for delivery within three days to the following individual at the following address:

Borealis S. Hedling
Travelodge Plus
44 Townsend Street, Rm. 120
Dublin 2
Ireland

Dated: March 6, 2026

s/Christopher Ian Pryby
**Christopher Ian Pryby**
California Bar No. 334613
D.C. Bar No. 90030774
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 598-5526
christopher.i.pryby@usdoj.gov