# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5040**                                          **September Term, 2025**

**1:25-cv-00766-JEB**

**Filed On: April 28, 2026** [2170709]

J.G.G., et al.,

        Appellees

     v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

        Appellees

Borealis S. Hedling,

        Appellant

## O R D E R

By order filed February 2, 2026, appellant was directed to file initial submissions by March 4, 2026. To date, no documents have been received from appellant. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by June 12, 2026.

                     **FOR THE COURT:**
                     Clifton B. Cislak, Clerk

          BY:    /s/
                Laura M. Morgan
                Deputy Clerk