# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 26-5040**                    **September Term, 2025**

**1:25-cv-00766-JEB**

**Filed On: June 12, 2026** [2178595]

J.G.G., et al.,

        Appellees

      v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

        Appellees

Borealis S. Hedling,

        Appellant

## M A N D A T E

In accordance with the order of April 28, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:   /s/
        Daniel J. Reidy
        Deputy Clerk

Link to the order filed April 28, 2026